**THE ELLIOT LAW FIRM**
DAVID ELLIOT (270381)
*davidelliot@elliotlawfirm.com*
3200 Fourth Avenue, Suite 207
San Diego, CA 92103
Telephone:   (619) 468-4865

**LAW OFFICES OF**
**RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone:   (619) 696-9006
Facsimile:   (619) 564-6665
*Attorneys for Plaintiffs and the putative Class*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ALLRED and MANDY C. ALLRED, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC., a Delaware corporation; and FRITO-LAY, INC., a Delaware corporation,<br><br>Defendants. | Case No: 3:17-cv-01345-JLS-BGS<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF:**<br><br>1.  **CONSUMERS LEGAL REMEDIES ACT, CAL. CIV. CODE §§ 1750,** *et seq.*;<br>2.  **UNFAIR COMPETITION LAW, CAL. BUS. & PROF. CODE §§ 17200,** *et seq.* (*unlawful prong*);<br>3.  **UNFAIR COMPETITION LAW, CAL. BUS. & PROF. CODE §§ 17200,** *et seq.* (*unfair prong*);<br>4.  **FALSE ADVERTISING LAW, CAL. BUS. & PROF. CODE §§ 17500,** *et seq.*;<br>5.  **BREACH OF EXPRESS WARRANTIES;**<br>6.  **BREACH OF IMPLIED WARRANTIES;**<br><br>**DEMAND FOR JURY TRIAL** |

---

# TABLE OF CONTENTS

I.   JURISDICTION AND VENUE ...................................................... 1

II.   NATURE OF THE ACTION .......................................................... 2

III.   PARTIES ....................................................................................... 3

IV.   FACTUAL ALLEGATIONS .......................................................... 4

    Defendants Fail To Disclose That Their Product Is Artificially Flavored. .............. 4

    Defendants' Competitors Label Their Products Lawfully ...................................... 11

    Plaintiffs' Purchases of the Product .......................................................................... 11

V.   TOLLING OF THE STATUTE OF LIMITATIONS ..................... 13

    Delayed Discovery ...................................................................................................... 13

    Fraudulent Concealment ............................................................................................ 14

    Continuing Violation .................................................................................................. 14

VI.   CLASS ACTION ALLEGATIONS ............................................... 14

VII.   CAUSES OF ACTION .................................................................. 18

    First Cause of Action ................................................................................................. 18

        Violation of California's Consumers Legal Remedies Act ("CLRA") ......... 18

    Second Cause of Action .............................................................................................. 20

        Violation of California's Unfair Competition Law ("UCL") ....................... 20

    Third Cause of Action ................................................................................................ 21

        Violation of California's Unfair Competition Law ("UCL") ....................... 21

    Fourth Cause of Action .............................................................................................. 24

        Violation of California's False Advertising Law ("FAL") .......................... 24

    Fifth Cause of Action ................................................................................................. 25

        Breach of Express Warranty ....................................................................... 25

    Sixth Cause of Action ................................................................................................. 26

        Breach of Implied Warranties .................................................................... 26

VIII.   PRAYER FOR RELIEF ................................................................ 28

IX.   JURY DEMAND ........................................................................... 29

Plaintiffs Barry Allred and Mandy C. Allred, a married couple (collectively, "Plaintiffs"), on behalf of themselves, all others similarly situated, and the general California public, by and through their undersigned counsel, hereby allege against Defendants Frito-Lay, Inc. and Frito-Lay North America, Inc. (collectively, "Defendants"), the following upon their own personal knowledge, or where there is no personal knowledge, upon information and belief and investigation of counsel:

## I.   JURISDICTION AND VENUE

1.    This Court has original jurisdiction over this action under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d). Defendants are citizens of a state different from that of the Plaintiffs, the putative class size is greater than 100 persons, and the amount in controversy in the aggregate for the putative Class exceeds the sum or value of $5 million exclusive of interest and costs.

2.    This Court has both general and specific personal jurisdiction over Frito-Lay North America, Inc. and Frito-Lay Inc., the two companies jointly responsible for the manufacturing, distribution, sale, and marketing of the Product in California.

3.    The Court has personal jurisdiction over Defendants because all Defendants have affirmatively established and maintained sufficient contacts with the State of California; conduct significant business in California and otherwise intentionally avail themselves of the markets in California; and are registered to do business in California. This Court has specific personal jurisdiction arising from Defendants' decision to sell the Product in California. Defendants and other out of state participants can be brought before this Court pursuant to California's "long-arm" jurisdictional statute, Cal. Civ. Proc. Code § 410.10, as a result of Defendants' substantial, continuous, and systematic contacts with this State, and because Defendants have purposely and sufficiently availed, and continue to avail, themselves of the benefits, laws, privileges, and markets of this State through, *inter alia*, their promotion, sales, and marketing of their Product within this State so as to render the exercise of jurisdiction by this Court reasonable and proper.

4.     Venue is proper in this Court pursuant to 28 U.S.C. 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this venue, including specifically the relevant transactions between Plaintiffs and Defendants, and, in the alternative, Defendants are subject to the Court's personal jurisdiction with respect to this action.

## II.   NATURE OF THE ACTION

5.     This is a California consumer class action for violations of California consumer protection laws.

6.     Defendants manufacture, distribute, advertise, market, and sell a variety of flavored and unflavored snack products, including potato chips.

7.     Defendants label and advertise one such snack product as "Salt and Vinegar Flavored Potato Chips" (the "Product").[1]

8.     The Product's packaging, labeling, and advertising is false and misleading, and the Product itself is misbranded under California law. It is illegal to sell misbranded products in California.

9.     The Product is labeled as if it is flavored only with natural ingredients, when in fact it contains undisclosed artificial flavors in violation of state and federal law.

10.    Defendants did not simply fail to disclose the artificial flavor; the Product's label proclaims that it contains, "No Artificial Flavors".  This is simply false.

11.    Defendants' packaging, labeling, and advertising scheme is intended to, and does, give reasonable consumers the impression they are buying a premium, "all natural" product with natural flavoring ingredients, instead of an artificially flavored product.

---

[1] The word "Flavored" is 'hidden-in-plain sight' on the Product's label; it is written in an unsaturated-color font on a similar background color. The rest of the label text is printed in bolder, distinct and noticeable text in colors that contrast with the background. Advertisers use this typography technique, which makes the selected text hard to read and easy to overlook, when they do not want consumers to read legally-required information on the label before they decide to purchase the item.

FIRST AMENDED CLASS ACTION COMPLAINT

12.     Plaintiffs, who were deceived by Defendants' unlawful conduct and purchased the Product in California, brings this action on behalf of themselves and a California Class of consumers to remedy Defendants' unlawful and unfair acts.

13.     On behalf of the putative Class, as defined herein, Plaintiffs seek an order compelling Defendants to, *inter alia*: (1) cease packaging, distributing, advertising and selling the Product in violation of U.S. FDA regulations and California consumer protection law; (2) re-label or recall all existing deceptively packaged Product; (3) conduct a corrective advertising campaign to inform California consumers about the deceptive advertising; (4) award Plaintiffs and other Class Members restitution, actual damages, and punitive damages; and (5) pay all costs of suit, expenses, interest, and attorneys' fees.

### III.   PARTIES

14.     Plaintiffs Barry Allred and Mandy C. Allred are citizens and residents of San Diego County, California, and purchased the Product in San Diego, California for personal and household consumption.

15.     Defendant Frito-Lay North America, Inc. is a Delaware corporation with its principal place of business at 7701 Legacy Drive, Plano, Texas 75024. Defendant Frito-Lay North America, Inc. is registered with the California Secretary of State to do business in California (Cal. Entity No.: C1919301); and has a registered agent for service of process in California, listed as C T Corporation System located at 818 W 7th St., Ste. 930, Los Angeles, California 90017.

16.     Defendant Frito-Lay, Inc. is a Delaware corporation with its principal place of business at 7701 Legacy Drive, Plano, Texas 75024. Defendant Frito-Lay, Inc. is registered with the California Secretary of State to do business in California (Cal. Entity No.: C3275289); and has a registered agent for service of process in California, listed as C T Corporation System located at 818 W 7th St., Ste. 930, Los Angeles, California 90017.

17.     Defendants manufacture, advertise, market, distribute, and sell the Product in California and throughout the United States.

18.     The Product packaging identifies both named Defendants as responsible for

3

labeling and distributing the Product in commerce.

## IV.     FACTUAL ALLEGATIONS

### Defendants Fail To Disclose That Their Product Is Artificially Flavored.

19.     The Product is flavored with what the ingredient list describes as "salt & vinegar seasoning" containing "maltodextrin [made from corn], natural flavors, salt, malic acid, vinegar." A true and correct copy of the Product's front and back packaging/labeling is provided below:

 

20.     The seasoning mix does, in fact, contain vinegar, but this ingredient's presence, at the very end of the descending-order ingredient list, shows that the minimal amount of actual vinegar in the Product's flavoring is dominated by the unspecified "natural flavors" and malic acid, and is of insufficient quantity to flavor the Product.

4

21.     Nevertheless, the back of the Product's labeling states, in pertinent part: "Then we add just the right balance of tangy **vinegar**." (emphasis in original).

22.     The Product's label violates California law in at least three different regards.

23.     First, because the Product contains additional flavoring ingredients that dominate and overwhelm the flavor of the small amount of actual vinegar in the seasoning, the front label is required by law to disclose those additional flavors rather than misleadingly claim that the Product is "Vinegar" flavored. *See* Cal. Health & Safety Code §§ 109875, *et seq.*, ("Sherman Law"), incorporating 21 CFR 101.22.[2]

24.     Second, the Product ingredient list violates federal and state law because it misleadingly identifies the malic acid flavoring ingredient only as a generic "malic acid" instead of using the specific, non-generic name of the ingredient. *See* 21 CFR 101.4(a)(1).

25.     Third, and far more deceptive to consumers, is that the Product—rather than having "No Artificial Flavors" and being flavored with "just the right balance of tangy vinegar", as its labeling claims—contains an undisclosed artificial flavor made from petrochemicals. Defendants conceal this fact from consumers.

26.     California's Sherman Law, as it incorporates and identically mirrors the U.S. FDA regulations promulgated pursuant to the U.S. Food, Drug, and Cosmetic Act ("FDCA"), defines natural flavorings as only those derived from "a spice, fruit or fruit juice, vegetable or vegetable juice, edible yeast, herb, bark, bud, root, leaf or similar plant material, meat, fish, poultry, eggs, dairy products, or fermentation products thereof." 21 CFR 101.22(a).

27.     Any flavoring material that does not meet the definition of a natural flavor is an artificial flavor. *Id.*

---

[2] California's Sherman Food, Drug, and Cosmetic Act, Cal. Health & Safety Code §§ 109875, *et seq.*, incorporates into California law all regulations enacted pursuant to the U.S. FDCA. An act or omission that would violate an FDCA regulation necessarily therefore violates California's Sherman Law. *Id.* at § 110100. Regulatory citations in the text are to California's Sherman Law and reference the corresponding federal regulation for convenience.

5

28.     Lay's "Salt & Vinegar" chips include an ingredient described on the Product's back labeling as "malic acid."

29.     There is a naturally-occurring compound sometimes referred to informally or generically as malic acid. The natural form of malic acid is correctly and specifically identified as "l-malic acid." L-malic acid is found in several different types of fruits and vegetables.

30.     That, however, is not what Defendants put in the Product. Defendants instead flavor the Product with an industrial chemical called d-l-malic acid,[3] in the form of a racemic mixture of d- and l-isomers. This kind of 'malic acid' is not naturally-occurring, but is in fact manufactured in petrochemical plants from benzene or butane—components of gasoline and lighter fluid, respectively—through a series of chemical reactions, some of which involve highly toxic chemical precursors and byproducts.

31.     Both the natural and unnatural forms of malic acid are currently considered GRAS (generally recognized as safe) for use as flavoring agents in food products; the d-malic acid form, however, has not been extensively studied for its health effects in human beings. Both forms confer a "tart, fruity" flavor to food products. According to The Chemical Company, an industrial chemical supplier, its d-l-malic acid is added to food products to deliver a "persistent sour" flavor.[4]

32.     According to the IHC Chempharm Company, "Salt and vinegar flavored potato chips [] use [malic acid] to produce a tart, vinegar-like flavor."[5]

33.     According to the Chemco Chemical Company, "It [malic acid] is also used with or in place of the less sour citric acid in [] Salt & Vinegar flavor potato chips."[6]

34.     According to the Bell Chemical Corporation, "Salt and vinegar flavored

---

[3] D-malic acid is also called (R)-(+)-2-Hydroxysuccinic acid or d-hydroxybutanedioic acid.
[4] https://thechemco.com/chemical/malic-acid/ (last visited April 12, 2017).
[5] https://www.ulprospector.com/en/eu/Food/Detail/13167/367171/Malic-acid (attached hereto as **Exhibit 1**).
[6] https://thechemco.com/chemical/malic-acid/ (attached hereto as **Exhibit 2**).

FIRST AMENDED CLASS ACTION COMPLAINT

chips use malic acid to produce that appealing tart taste."[7]

35.    According to the Coca-Cola Company, "Malic Acid… is used to give a tart taste to beverages."[8]

36.    According to the Campbell Soup Company, "We use [malic acid] in the products where a tart taste is expected."[9]

37.    According to Nuts.com, "Without malic acid, the signature tartness of salt and vinegar chips wouldn't be quite as tart, the extreme sourness of warheads would be miniscule, and the fruit flavors in gum wouldn't be nearly as fruity."[10]

38.    Although the malic acid that is placed in the Product to simulate the sour flavor of vinegar is the d-l-malic acid—the artificial petrochemical—Defendants pretend otherwise, conflating the natural and the artificial flavorings, misbranding the Product, and deceiving consumers.

39.    Because the Product contains artificial flavors, federal and state law require it to display both front- and back-label disclosures to inform consumers that the Product is artificially flavored. 21 CFR 101.22.

40.    Defendants' Product has neither.

41.    The back labeling of the Product, in fact, claims the Product has "***No artificial flavors***" (emphasis added). Moreover, the back labeling also claims, in pertinent part: "Then we add just the right balance of tangy **vinegar**." (emphasis in original).

42.    California law, incorporating and identically mirroring U.S. Food, Drug, and Cosmetic Act ("FDCA") regulations by reference, requires that a food's label accurately describe the nature of the food product and the ingredients that create its characterizing flavors. 21 C.F.R. 102.5(a).

---

[7]   http://www.bellchem.com/news/malic-acid-and-its-many-uses (attached hereto as **Exhibit 3**).

[8] https://www.cocacolaproductfacts.com/en/ingredients/ (attached hereto as **Exhibit 4**).

[9] http://www.whatsinmyfood.com/ingredient/ (attached hereto as **Exhibit 5**).

[10] https://nuts.com/cookingbaking/salts/malic-acid.html (attached hereto as **Exhibit 6**).

43.   Under FDA regulations, a recognizable primary flavor identified on the front label of a food product is referred to as a "characterizing flavor".  21 CFR 101.22.

44.   FDA regulations and California law establish that if "the label, labeling, or advertising of a food makes any direct or indirect representations with respect to the primary recognizable flavor(s), by word, vignette, e.g., depiction of a fruit, or other means" then "such flavor shall be considered the characterizing flavor". 21 C.F.R. 101.22(i).

45.   "Vinegar" is a primary recognizable flavor identified on the Product's front label. Vinegar is therefore a characterizing flavor of the Product.

46.   If a food product's characterizing flavors are not created exclusively by the characterizing flavor ingredient, the product's front label must state that the product's flavor was simulated or reinforced with either or both natural or artificial flavorings. If any artificial flavor is present which "simulates, resembles or reinforces" the characterizing flavor, the food must be prominently labeled as "Artificially Flavored." 21 C.F.R. 101.22(i)(3)-(4).

47.   A food product's label also must include a statement of the "presence or absence of any characterizing ingredient(s) or component(s) . . . when the presence or absence of such ingredient(s) or component(s) in the food has a material bearing on price or consumer acceptance . . .  and consumers may otherwise be misled about the presence or absence of the ingredient(s) or component(s) in the food." 21 C.F.R. 102.5(c).

48.   Such statement must be in boldface print on the front display panel and of sufficient size for an average consumer to notice. *Id*.

49.   Defendants' conduct also violates California law as it incorporates 21 C.F.R. 101.22(c), which requires all foods containing artificial flavoring to include:

> A statement of artificial flavoring . . . [which] shall be placed on the food or on its container or wrapper, or on any two or all three of these, as may be necessary to render such a statement likely to be read by the ordinary person under customary conditions of purchase and use of such food.

50.   Specific California statutes require the same.

8

51.     California's Health & Safety Code states that "[a]ny food is misbranded if it bears or contains any artificial flavoring, artificial coloring, or chemical preservative, unless its labeling states that fact."  Cal. Health & Safety Code § 110740.

52.     Under these regulations, Defendants were required to place prominently on the Product's front labeling a notice sufficient to allow California consumers to understand that the Product contains artificial flavorings.

53.     Defendants failed to do so, deceiving consumers and violating California law.

54.     Because the Product violated California law, it was misbranded when offered for sale.  It is illegal to sell misbranded products in California.

55.     Accordingly, Defendants' Product is misbranded and illegal to distribute or sell in California. *See* Cal. Health & Safety Code §§ 110740; 110760; 110765.

56.     Because Defendants concealed this fact, Plaintiffs and the putative Class were unaware that the Product contained artificial flavoring when they purchased it, and that it was illegal for Defendants to sell the Product in California.

57.     When purchasing the Product, Plaintiffs were seeking a product of particular qualities—one that was flavored only with the natural ingredients claimed on the label and which did not contain artificial flavoring.

58.     Plaintiffs are not alone in these purchasing preferences. As reported in Forbes Magazine, 88% of consumers polled recently indicated they would pay more for foods perceived as natural or healthy. "All demographics [of consumers]—from Generation Z to Baby Boomers—say they would pay more" for such products, specifically including foods with no artificial flavors.[11]

59.     In 2010 and 2011, Frito-Lay carried out a major national public relations campaign announcing that the company was transitioning to all-natural snack products.

---

[11] Nancy Gagliardi, *Consumers Want Healthy Foods—And Will Pay More For Them*, FORBES MAGAZINE, February 15, 2015, *available at* https://www.forbes.com/sites/nancygagliardi/2015/02/18/consumers-want-healthy-foods-and-will-pay-more-for-them/#4b8a6b4b75c5 (last visited April 7, 2017).

FIRST AMENDED CLASS ACTION COMPLAINT

60. To great fanfare, the company issued press releases and its executives gave media interviews.

61. Company executives announced, "Consumers tell us they're looking for better choices in their snacking options. . . .  At the top of the list are snacks made with natural ingredients."[12]

62. John Compton, the CEO of Defendants' parent corporation, spoke to investors at the Morgan Stanley Consumer & Retail Conference, stating: "We have talked extensively to consumers about this idea, and they come back and tell us the number one motivation for purchase is products that claim to be all natural."[13]

63. Thus, Defendants were aware that consumers like Plaintiffs and the Class prefer natural food products to those that are artificially flavored.

64. Nevertheless, Frito-Lay responded to consumers' changing purchase preferences, not by making the Product with natural ingredients, but instead by concealing the fact that the Product is artificially flavored—indeed, stating "No artificial flavors".

65. Plaintiffs lost money as a result of Defendants' conduct because they purchased a Product that contained undisclosed artificial flavors and was illegal to sell. Plaintiffs would not have purchased the Product in the absence of Defendants' misrepresentations and omissions. Had Defendants not violated California law, Plaintiffs would not have been injured.

---

[12] Bruce Horovitz, *Frito-Lay to make snacks from natural ingredients*, USA TODAY, December 12, 2010, *available at*  https://usatoday30.usatoday.com/money/industries/food/2010-12-28-fritonatural28_ST_N.htm (last visited April 7, 2017).

[13] Alex Morris, *PepsiCo: 'All-Natural' Growth*, SEEKING ALPHA, Nov. 23, 2010, *available at* https://seekingalpha.com/article/238261-pepsico-all-natural-growth (last visited April 16, 2017). Financial analysts reported that the "all natural products" campaign was wildly successful. "The Lay's potato chip business grew roughly 8% since the all-natural rollout, compared to a food and beverage category that has booked less than 1% growth. On top of that, Lay's grabbed an additional 1.7 share points during that same time frame, which is impressive expansion in the highly competitive potato chip segment." *Id*.

FIRST AMENDED CLASS ACTION COMPLAINT

66.   Because the Product is illegal to sell in California, it is valueless. Even if it had been legal to sell, the Product was worth less than what Plaintiffs paid for it. Plaintiffs and putative Class Members would not have paid as much as they had for the Product absent Defendants' false and misleading statements and omissions.

**Defendants' Competitors Label Their Products Lawfully**

67.   Defendants not only deceive consumers, but also gain an unfair commercial advantage in the marketplace by labeling the Product deceptively.

68.   Manufacturers of competing snack products label their products lawfully.

69.   Wise Potato Chips, for example, accurately labels its flavored "Salt & Vinegar" chips as "Artificially Flavored." *See* **Exhibit 7** attached hereto.

70.   Runa Amazon Guayusa Tea is labeled as containing "L-Malic Acid." *See* **Exhibit 8** attached hereto.

71.   Other competing manufacturers, offering products whose labels suggest just as Defendants do that their products are naturally flavored, truly are flavored only with natural ingredients.

72.   Defendants, however, conceal their use of artificial flavoring, deceiving consumers, illegally cutting costs, unjustly increasing profits, and competing unfairly and unlawfully in the marketplace, thereby injuring their law-abiding competitors as well as consumers.

73.   Defendants' conduct injures competing manufacturers that do not engage in the same illegal behavior. These manufacturers compete for market share and limited shelf space, as well as for consumers' buying preferences and dollars. Defendants' competitors do so lawfully. Defendants do not.

**Plaintiffs' Purchases of the Product**

74.   Plaintiffs Barry Allred and Mandy C. Allred purchased the Product in California during the Class Period defined herein.

75.   Plaintiffs purchased the Product multiple times annually since at least 2012 or earlier, most recently at the Vons grocery located at 5555 Balboa Ave., San Diego,

11

California 92111. Plaintiffs purchased the Product at the marked retail price, recently $3.29 per bag, or from time to time at offered promotional prices, for example: "Two for $5.00." Their most recent purchase was in mid-December 2016, on or about December 14, 2016.

76.     Plaintiffs first discovered Defendants' unlawful acts described herein in late December 2016, when they learned the Product's characterizing flavor was deceptively created or reinforced using artificial flavoring, even though Defendants failed to disclose that fact on the Product's label.

77.     Plaintiffs were deceived by, and justifiably relied upon, the Product's deceptive labeling, and specifically the omission of the fact that it contained artificial flavorings along with the false statement, "No artificial flavors". Plaintiffs purchased the Product believing it was naturally-flavored, based on the Product's deceptive labeling and failure to disclose that it was artificially flavored.

78.     Plaintiffs, as reasonable consumers, are not required to subject consumer food products to laboratory analysis, to scrutinize the back of a label to discover that the product's front label is false and misleading, or to search the label for information that federal regulations require be displayed prominently on the front—and, in fact, under state law are entitled to rely on statements that Defendants deliberately place on the Product's labeling. Defendants, but not Plaintiffs, knew or should have known that this labeling was in violation of federal regulations and state law.

79.     Because Plaintiffs reasonably assumed the Product to be free of artificial flavoring, based on its label—i.e., the labeling statement: "No artificial flavors"—when it was not, they did not receive the benefit of their purchases. Instead of receiving the benefit of products free of artificial flavoring, each received a Product that was unlawfully labeled so as to deceive the consumers into believing that it is exclusively naturally flavored and contains no artificial flavoring, in violation of federal and state labeling regulations.

80.     The Product was worth less than what Plaintiffs and Class Members paid for it. Plaintiffs would not have purchased the Product, or would not have paid as much as they

FIRST AMENDED CLASS ACTION COMPLAINT

did for the Product, absent Defendants' false and misleading misrepresentations and material omissions. Had Defendants not violated California law, Plaintiffs would not have been injured.

81.   Plaintiffs lost money as a result of Defendants' unlawful behavior. Plaintiffs altered their position to their detriment, and suffered loss in an amount equal to the amounts they paid for the Product.

82.   Plaintiffs intend to, desire to, and will purchase the Product again when they can do so with the assurance that the Product's label, which indicates that the Product is naturally-flavored, is lawful and consistent with the Product's ingredients.

## V.   TOLLING OF THE STATUTE OF LIMITATIONS

### Delayed Discovery

83.   Plaintiffs did not discover that Defendants' labeling of the Product was false and misleading until December 2016, when they learned the Product contained undisclosed artificial flavoring.

84.   Plaintiffs are reasonably diligent consumers who exercised reasonable diligence in their purchase and consumption of the Product. Nevertheless, they would not have been able to discover Defendants' deceptive practices and lacked the means to discover them given that, like nearly all consumers, they rely on and are entitled to rely on the manufacturer's obligation to label its products in compliance with federal regulations and state law. Furthermore, Defendants' labeling practices and non-disclosures—in particular, failing to identify the artificial flavor in the ingredient list, or to disclose that the Product contains artificial flavoring, or to accurately identify the kind of malic acid that Defendants put in the Product; all while claiming the Product to have "No artificial flavors—impeded Plaintiffs' and Class Members' abilities to discover the deceptive and unlawful labeling of the Product throughout the Class Period. Thus, the delayed discovery exception postpones accrual of the limitations period for Plaintiffs and all members of the putative Class.

**Fraudulent Concealment**

85.     Additionally, or in the alternative, Defendants were constructively and actually aware that the Product contains artificial flavoring. Nevertheless, Defendants continued to sell the Product without informing consumers of such artificial flavoring on the Product's labeling; and, indeed, falsely labeling the Product as having "No artificial flavors". Therefore, at all relevant times, Defendants had a duty to inform consumers that the Product contains artificial flavoring, but still knowingly concealed, and made false labeling misrepresentations about, that fact from Plaintiffs and members of the putative Class. Because Defendants actively concealed their illegal conduct, preventing Plaintiffs and the putative Class from discovering their violations of state law, the fraudulent concealment exception tolls the statute of limitations on all claims herein.

**Continuing Violation**

86.     Additionally, or in the alternative, because Defendants' misrepresentations and deception continues up to the present, the continuing violation exception tolls all applicable statues of limitations for Plaintiffs and all members of the putative Class until Defendants' unlawful advertising and labeling is corrected.

## VI.   CLASS ACTION ALLEGATIONS

87.     Plaintiffs bring this action on behalf of themselves, all others similarly situated, and the general public pursuant to pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and 23(b)(3).

88.     The proposed Class is currently defined as follows:

> All consumers who purchased the Product from a retailer within the state of California for personal, family, or household purposes, and not for resale, at any time during the period six (6) years prior to the filing of this Complaint and continuing until the Class is certified (hereinafter the "Class Period")

89.     Excluded from the Class are governmental entities; Defendants; any entity in which Defendants have a controlling interest; Defendants' agents, employees, officers, directors, legal representatives, heirs, successors, and wholly or partly owned subsidiaries or affiliated companies, including all parent companies, and their employees; and the

14

Court, judicial officers, and their immediate family members and court staff assigned to this case.

90.     To the extent the Court finds that further delayed discovery or equitable tolling is appropriate to toll the Class' claims further, the Class Period will be adjusted accordingly.

91.     Plaintiffs and the Class reserve their right to amend or modify the Class definition with greater specificity or further division into subclasses or limitation to particular issues as discovery and the orders of this Court warrant.

92.     The terms "consumer" and "member of the public" have their ordinary meaning as used in California's Civil Code and Business and Professions Code.

93.     During the Class Period, the Product unlawfully contained the undisclosed artificial flavors d-malic acid or d-l-malic acid, and was otherwise improperly labeled. Defendants failed to label the Product as required by California law.

94.     The proposed Class meets all criteria for a class action, including numerosity, typicality, superiority, and adequacy of representation.

95.     The proposed Class satisfies numerosity. The Product is offered for sale at over two thousand supermarkets in California; the Class numbers, at minimum, in the tens of thousands. Individual joinder of the Class Members in this action is impractical. Addressing Class Members' claims through this class action will benefit Class Members, the parties, and the courts.

96.     The proposed Class satisfies typicality. Plaintiffs' claims are typical of, and are not antagonistic to, the claims of other Class Members. Plaintiffs and Class Members all purchased the Product at retail locations, after being exposed to the false, misleading, and unlawful Product labeling at the point of purchase, were deceived by the false and deceptive labeling, and lost money as a result, purchasing a product that was illegal to sell in California.

97.     The proposed Class satisfies superiority. A class action is superior to any other means for adjudication of the Class Members' claims because each Class Member's

claim is modest, based on the Product's retail purchase price which is generally under $5.00. It would be impractical for individual Class Members to bring individual lawsuits to vindicate their claims.

98.   Because Defendants' misrepresentations were made on the label of the Product itself, all Class Members, including Plaintiffs, were exposed to, and continue to be exposed to, the omissions and affirmative misrepresentations. If this action is not brought as a class action, Defendant could continue to deceive consumers and violate California law with impunity.

99.   The proposed Class Representatives—Plaintiffs Barry and Mandy Allred—satisfy the adequacy of representation requirement. Each Plaintiff is an adequate representative of the Class, as each seeks relief for the Class, their interests do not conflict with the interests of the Class, and each has no interest antagonistic to those of other Class Members. Plaintiffs have retained counsel who are competent in the prosecution of complex consumer fraud and class action litigation. Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the Class, and have the financial resources to do so.

100.   There is a well-defined community of interest in questions of law and fact common to the Class, and these predominate over any individual questions affecting individual Class Members in this action.

101.   Questions of law and fact common to Plaintiffs and the Class include, but are not limited to:

    a.   Whether Defendants failed to disclose the presence of the artificial flavoring ingredient d-l-malic acid in the Product;

    b.   Whether Defendants' label statement, "No Artificial Flavors" was a false or misleading statement of fact;

    c.   Whether Defendants' label statement, "Then we add just the right balance of tangy vinegar" was a false or misleading statement of fact;

    d.   Whether the Product was misbranded under California law;

FIRST AMENDED CLASS ACTION COMPLAINT

e.   Whether Defendants' labeling omissions and representations constituted false advertising under California law;

f.   Whether Defendants' conduct constituted a violation of California's Unfair Competition Law;

g.   Whether Defendants' conduct constituted a violation of California's Consumers Legal Remedies Act;

h.   Whether Defendants' label statement, "No Artificial Flavors" was an affirmative representation of the Product's composition and conveyed an express warranty;

i.   Whether Defendants conduct constitutes a breach of express warranties under California's Commercial Code;

j.   Whether Defendants' conduct constitutes a breach of implied warranties under California's Commercial Code;

k.   Whether Defendants' conduct violates U.S. Food and Drug Administration labeling regulations;

l.   Whether the statute of limitations should be tolled on behalf of the Class;

m.   Whether the Class is entitled to restitution, rescission, actual damages, punitive damages, attorneys' fees and costs of suit, and/or injunctive relief; and

n.   Whether Class Members are entitled to any such further relief as the Court deems appropriate.

102.   Thus, common questions predominate.

103.   Further, Defendants have acted on grounds applicable to the entire Class, making final injunctive relief or equitable or declaratory relief appropriate for the Class as a whole.

104.   Plaintiffs will fairly and adequately protect the interests of the Class, have no interests that are incompatible with the interests of the Class, and has retained counsel competent and experienced in complex class action litigation.

FIRST AMENDED CLASS ACTION COMPLAINT

# VII.   CAUSES OF ACTION

## First Cause of Action
### Violation of California's Consumers Legal Remedies Act ("CLRA")
### Cal. Civ. Code §§ 1750, *et seq*. (Equitable relief only)
### (On behalf of all Plaintiffs and Class Members Against all Defendants)

105.   Plaintiffs reallege and incorporate by reference the allegations made elsewhere in the Complaint as if set forth in full herein, and further allege as follows:

106.   This cause of action is brought pursuant to the Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750, *et seq*.

107.   The California Consumers Legal Remedies Act prohibits any unfair, deceptive, and/or unlawful practices, as well as unconscionable commercial practices in connection with the sale of any goods or services to consumers. *See* Cal. Civ. Code § 1770.

108.   The CLRA "shall be liberally construed and applied to promote its underlying purposes, which are to protect consumers against unfair and deceptive business practices and to provide efficient economical procedures to secure such protection." Cal. Civ. Code § 1760.

109.   Defendants are "persons" under the CLRA. Cal. Civ. Code § 1761(c).

110.   Plaintiffs and putative Class Members are "consumers" under the CLRA. Cal. Civ. Code § 1761(d).

111.   The Product is a "good" under the CLRA. Cal. Civ. Code § 1761(a).

112.   Plaintiffs and putative Class Members' purchases of the Product within the Class Period constitute "transactions" under the CLRA. Cal. Civ. Code § 1761(e).

113.   Defendants' actions and conduct described herein constitute transactions that have resulted in the sale of goods to consumers.

114.   Defendants' failure to label the Product in accord with federal and state labeling regulations, omitting the required information that the Product contains artificial flavoring, and claiming through labeling representations that the Product contains "No artificial flavors", are unfair, deceptive, unlawful, and unconscionable commercial practices.

115.   Defendants' conduct violates several provisions of the CLRA, including, but not limited to:

1770(a)(5): Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he or she does not have.

1770(a)(7): Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another.

1770(a)(9): Advertising goods or services with intent not to sell them as advertised.

1770(a)(16): Representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not.

116.   As a result of Defendants' violations, Plaintiffs and the Class suffered, and continue to suffer, ascertainable losses in the form of the purchase price they paid for the unlawfully labeled and marketed Product, which they would not have paid had the Product been labeled correctly, and/or in the form of the reduced value of the Product in relation to the Product as advertised and the retail price they paid.

117.   In accordance with Cal. Civ. Code § 1780(d), Plaintiffs have attached a "venue affidavit" to this Complaint, showing that this action has been commenced in the proper county.

118.   Pursuant to § 1782 of the CLRA, Plaintiffs notified Defendants in writing of the particular violations of §1770 of the CLRA and demanded Defendants rectify the actions described above by providing monetary relief, agreeing to be bound by their legal obligations and to give notice to all affected customers of their intent to do so. Plaintiffs sent this notice by certified mail, return receipt requested, to Defendants' principal places of business, and to Defendants' registered agents for service of process, more than thirty (30) days prior to filing suit. Defendants declined.

FIRST AMENDED CLASS ACTION COMPLAINT

## Second Cause of Action
### Violation of California's Unfair Competition Law ("UCL")
### Cal. Bus. & Prof. Code §§ 17200, *et seq.* - Unlawful Prong
### (On behalf of all Plaintiffs and Class Members Against all Defendants)

119.   Plaintiffs reallege and incorporate by reference each and every allegation contained elsewhere in this Complaint, as if fully set forth herein, and further allege as follows:

120.   Section 17200 of the California Business & Professions Code, known as the Unfair Competition Law ("UCL"), prohibits any "unlawful, unfair or fraudulent business act or and unfair, deceptive, untrue or misleading advertising . . . ." Section 17200 specifically prohibits any "unlawful . . . business act or practice."

121.   The UCL borrows violations of other laws and statutes and considers those violations also to constitute violations of California law.

122.   Defendants' practices, as described herein, were at all times during the Class Period, and continue to be, unlawful under, *inter alia*, FDA regulations and California's Sherman Law.

123.   Among other violations, Defendants' conduct in unlawfully packaging, labeling, and distributing the Product in commerce in California violated U.S. FDA packaging and labeling regulations.

124.   The Product's label fails to disclose that it contains a synthetic artificial flavoring in violation of 21 CFR 101.22 and California's Sherman Law. In fact, the Product's labeling includes the statement: "No artificial flavoring".

125.   The Product contains d-l-malic acid, but does not identify this compound as an artificial flavoring, on either the Product's front- or back-label.

126.   The d-l-malic acid is a flavoring material, which is included in the Product to create, simulate, or reinforce the characterizing "Salt & Vinegar" flavor.

127.   The d-l-malic acid in the Product is not derived from a natural material as defined in 21 CFR 101.22, and is therefore by law an artificial flavor.

128.   Defendants fail to inform consumers of the presence of the artificial flavor d-

20

l-malic acid in the Product, on either the front or back-label as required by law.

129.   Such conduct is ongoing and continues to this date.

130.   Defendants' practices are therefore unlawful as defined in Section 17200 of the California Civil Code.

131.   Plaintiffs and the Class reserve the right to allege other violations of law that constitute other unlawful business acts or practices.

**Third Cause of Action**
**Violation of California's Unfair Competition Law ("UCL")**
**Cal. Bus. & Prof. Code §§ 17200, *et seq*. - Unfair Prong**
**(On behalf of all Plaintiffs and Class Members Against all Defendants)**

132.   Plaintiffs reallege and incorporate by reference each and every allegation contained elsewhere in this Complaint as if fully set forth herein, and further allege as follows:

133.   Section 17200 of the California Business & Professions Code, the UCL, prohibits any "unlawful, unfair or fraudulent business act or and unfair, deceptive, untrue or misleading advertising . . ." Section 17200 specifically prohibits any "unfair . . . business act or practice." Defendants' practices violate the UCL's "unfair" prong as well.

134.   A business act or practice is "unfair" under the UCL if the reasons, justifications, and motives of the alleged wrongdoer are outweighed by the gravity of the harm to the alleged victims. A business act or practice is also "unfair" under the UCL if a defendant's conduct is immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers. A business act or practice is also "unfair" under the UCL where the consumer injury is substantial, the injury is not outweighed by any countervailing benefits to consumers or competition, and the injury is one that consumers themselves could not reasonably have avoided considering the available alternatives.

135.   Defendants' conduct, as detailed herein, constitutes unfair business practices.

136.   Defendants' practices, as described herein, are "unfair" within the meaning of the UCL because the conduct is unethical and injurious to California residents, and the utility of the conduct to Defendants does not outweigh the gravity of the harm to

21

consumers, including Plaintiffs and Class Members.

137.   While Defendants' decision to label the Product deceptively and in violation of California law may have some utility to them in that it allows Defendants to sell the Product to consumers who otherwise would not purchase an artificially-flavored food product at the retail price or at all if it were labeled correctly, and to realize higher profit margins than if they formulated or labeled the Product lawfully, this utility is small and far outweighed by the gravity of the harm Defendants inflicts upon California consumers, including Plaintiffs and Class Members.

138.   Defendants' conduct also injures competing food product manufacturers, distributors, and sellers that do not engage in the same unlawful, unfair, and unethical conduct.

139.   Moreover, Defendants' practices violate public policy expressed by specific constitutional, statutory, and/or regulatory provisions, including, but not limited to, California's Sherman Law, California's False Advertising Law, and the federal FDA regulations cited herein.

140.   Plaintiffs' and Class Members' purchases of the Product all took place in California.

141.   Defendants labeled the Product in violation of federal regulations and California law requiring truth in labeling.

142.   Defendants consciously failed, and continue to fail, to disclose material facts to Plaintiffs and the Class in Defendants' advertising and marketing of the Product.

143.   Defendants' conduct is "unconscionable" because, among other reasons, it violates 21 C.F.R. 101.22(c), which requires all food products containing artificial flavoring to include:

A statement of artificial flavoring . . . [which] shall be placed on the food or on its container or wrapper, or on any two or all three of these, as may be necessary to render such a statement likely to be read by the ordinary person under customary conditions of purchase and use of such food.

144.   Defendants' conduct is "unconscionable" because it violates, *inter alia*, 21

22

C.F.R. 101.22(c), which requires all food products for which artificial flavoring provides a characterizing flavor to disclose this fact prominently on the product's front label.

145.   Defendants intended that Plaintiffs and the Class rely on Defendants' acts of omissions and misleading representations so that Plaintiffs and other Class Members would purchase the Product.

146.   Had Defendants disclosed all material information regarding the Product in its advertising and marketing, Plaintiffs and the Class would not have purchased the Product, or would have paid less for the Product.

147.   Plaintiffs suffered injury in fact and lost money or property as a result of Defendants' deceptive advertising: they were denied the benefit of the bargain when they decided to purchase the Product based on Defendants' violation of the applicable laws and regulations, or to purchase the Product in favor of competitors' products, which are less expensive, contain no artificial flavoring, and/or are lawfully labeled.

148.   Plaintiffs suffered an ascertainable loss of money. The acts, omissions, misrepresentations, and practices of Defendants detailed herein actually and proximately caused Plaintiffs and other Class Members to suffer an ascertainable loss in the form of, *inter alia*, monies spent to purchase the Product they otherwise would not have, or would not have paid as much for, and they are entitled to recover such damages, together with appropriate penalties, including restitution, damages, attorneys' fees, and costs of suit.

149.   Section 17200 also prohibits any "unfair, deceptive, untrue or misleading advertising." For the reasons set forth above, Defendants engaged in unfair, deceptive, untrue, and misleading advertising in violation of California Business & Professions Code § 17200, the UCL.

150.   Pursuant to California Business & Professions Code § 17203, Plaintiffs seeks an order requiring Defendants to immediately cease such acts of unlawful, unfair, and/or fraudulent business practices, and requiring Defendants to return the full amount of money improperly collected to all those who purchased the Product.

### Fourth Cause of Action
**Violation of California's False Advertising Law ("FAL")**
**Cal. Bus. & Prof. Code §§ 17500,** *et seq.*
**(On behalf of all Plaintiffs and Class Members Against all Defendants)**

151.    Plaintiffs reallege and incorporate by reference each and every allegation contained elsewhere in this Complaint as if fully set forth herein, and further allege as follows:

152.    Defendants made and distributed, in California and in interstate commerce, a Product that unlawfully fails to disclose artificial flavoring on its labeling and packaging as required by federal food labeling regulations.

153.    The Product's labeling and advertising in California falsely describe it as if it were naturally-flavored, and advertises that the Product contains "No Artificial Flavors."

154.    Under California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code §§ 17500, *et seq.*:

> "It is unlawful for any person, firm, corporation or association, or any employee thereof with intent directly or indirectly to dispose of real or personal property . . . to make or disseminate or cause to be made or disseminated before the public in this state, or to make or disseminate or cause to be made or disseminated from this state before the public in any state, in any newspaper or other publication, or any advertising device . . . any statement, concerning that real or personal property . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading. . . ."

Cal. Bus. & Prof. Code § 17500.

155.    Defendants' business practices as alleged herein constitute unfair, deceptive, untrue, and misleading advertising pursuant to California's FAL because Defendants advertised the Product in a manner that is untrue and misleading, and that is known or reasonably should have been known to Defendants to be untrue or misleading.

156.    Defendants' labeling and advertising statements, communicating to consumers that the Product contains "No Artificial Flavors", omitting legally-required label statements, and concealing the fact that the Product contained a synthetic artificial

24

flavor, were untrue and misleading, and Defendants, at a minimum by the exercise of reasonable care, should have known those actions were false or misleading. Thus, Defendants' conduct violated California's False Advertising Law.

157. Defendants' wrongful business practices have caused injury to Plaintiff and the Class.

158. Pursuant to section 17535 of the California Business and Professions Code, Plaintiffs and the Class seek an order of this Court enjoining Defendants from continuing to engage in deceptive business practices, false advertising, and any other act prohibited by law, including those set forth in the Complaint.

159. Plaintiffs also seek an order for the disgorgement and restitution of all monies from the sale of the Product which were unjustly acquired through acts of unlawful, unfair, and/or fraudulent competition, and attorneys' fees and costs.

## Fifth Cause of Action
### Breach of Express Warranty
### Cal. Comm. Code § 2313
### (On behalf of all Plaintiffs and Class Members Against all Defendants)

160. Plaintiffs reallege and incorporate by reference the allegations found elsewhere in the Complaint as if set forth in full herein, and further allege as follows:

161. The Product's back label warrants that the Product has "No Artificial Flavors."

162. The Product's front label also misleadingly claims, by operation of law, that the Product is flavored only with salt and vinegar.

163. These written promises became part of the basis of the bargain between the parties and thus constituted an express warranty, which Defendants breached; the Product is artificially flavored. *See* Cal. Comm. Code § 2313.

164. These representations had an influence on consumers' decisions in purchasing the Product. Defendants made the above representations to induce Plaintiffs and the Class to purchase the Product. Plaintiffs and Class Members justifiably relied on the representations when purchasing Defendants' Product.

165.   The Product does not conform to Defendants' express warranties because the express warranties are false and misleading.

166.   Defendants sold the Product to Plaintiffs and other Class Members, who bought the Product from Defendants relying on Defendants' express warranties.

167.   As a result, Plaintiffs and other Class Members did not receive goods as warranted by Defendants. As an actual and proximate result of this breach of warranty by Defendants, Plaintiffs and other Class Members have been, and continue to be, damaged in amounts to be determined at trial.

168.   Within a reasonable amount of time after Plaintiffs discovered that the Product contained synthetic ingredients, Plaintiffs notified the Defendants of such breach.

**<u>Sixth Cause of Action</u>**
**Breach of Implied Warranties**
**Cal. Comm. Code § 2314**
**(On behalf of all Plaintiffs and Class Members Against all Defendants)**

169.   Plaintiffs reallege and incorporates the allegations elsewhere in the Complaint as if set forth in full herein, and further allege as follows:

170.   Defendants' label representations also created implied warranties that the Product is suitable for a particular purpose, specifically as a naturally-flavored food product. Defendants breached this implied warranty as well.

171.   The Product's front label misleadingly implies that it is flavored with the natural ingredients comprising the characterizing flavors.

172.   The Product's back labeling misleadingly states that the Product contains "No artificial flavors".

173.   As alleged in detail above, at the time of purchase, Defendants had reason to know that Plaintiffs, as well as all members of the Class, intended to use the Product as a naturally-flavored food product.

174.   This became part of the basis of the bargain between the parties.

175.   These representations had an influence on consumers' decisions in purchasing the Product. Defendants made the above representations to induce Plaintiffs

26

and the Class to purchase the Product. Plaintiffs and Class Members justifiably relied on the representations when purchasing Defendants' Product.

176. Based on that implied warranty, Defendants sold the Product to Plaintiffs and other Class Members who bought the Product from Defendants.

177. At the time of purchase, Defendants knew or had reason to know that Plaintiffs and Class Members were relying on Defendants' skill and judgment to select or furnish a Product that was suitable for this particular purpose, and Plaintiffs justifiably relied on Defendants' skill and judgment.

178. The Product was not, and is not, suitable for this purpose.

179. Plaintiffs purchased the Product believing it had the qualities Plaintiffs sought, based on the deceptive advertising and labeling, but the Product was actually unsatisfactory to Plaintiffs for the reasons described herein.

180. The Product was not merchantable in California, as it was not of the same quality as other products in the naturally-flavored food category generally acceptable in the trade, as it actually contained undisclosed artificial flavors. *See* Cal. Comm. Code § 2314(1).

181. The Product would not pass without objection in the trade when packaged with its existing label, because the Product was misbranded and illegal to sell in California. Cal. Comm. Code § 2314(2)(a).

182. The Product also was not acceptable commercially and breached its implied warranty because it was not adequately packaged and labeled as required. Cal. Comm. Code § 2314(2)(e).

183. The Product also was not acceptable commercially and breached its implied warranty because it did not conform to the promises or affirmations of fact made on the container or label, Cal. Comm. Code § 2314(2)(f), and other grounds as set forth in Cal. Comm. Code § 2314(2).

184. By offering the Product for sale and distributing the Product in California, Defendants also warranted that the Product was not misbranded and was legal to sell in

27

California. Because the Product was misbranded in several regards and was therefore illegal to sell or offer for sale in California, Defendants breached this warranty as well.

185.   As a result of this breach, Plaintiffs and other Class Members did not receive goods as impliedly warranted by Defendants. As an actual and proximate result of this breach of warranty, Plaintiffs and other Class Members have been damaged in amounts to be determined at trial.

186.   Within a reasonable amount of time after the Plaintiffs discovered that the Product contained artificial ingredients, Plaintiffs notified Defendants of such breaches.

187.   As a result, Plaintiffs, the Class, and the general public are entitled to injunctive and equitable relief, restitution, and an order for the disgorgement of the funds by which Defendants were unjustly enriched.

## VIII.   **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves, all others similarly situated in California, and the general public, pray for judgment against Defendants as follows:

A.   An order confirming that this action is properly maintainable as a class action as defined above, appointing Plaintiffs and their undersigned counsel to represent the Class, and requiring Defendants to bear the cost of class notice;

B.   An order declaring that the conduct complained of herein violates the CLRA;

C.   An order declaring that the conduct complained of herein violates the UCL;

D.   An order declaring that the conduct complained of herein violates the FAL;

E.   An order declaring that the conduct complained of herein breached express warranties, implied warranties, or both;

F.   An order requiring Defendants to disgorge any benefits received from Plaintiffs and any unjust enrichment realized as a result of the improper and misleading labeling, advertising, and marketing of the Product;

G.   An order requiring Defendants to pay restitution and damages to Plaintiffs and Class Members so that they may be restored any money which was acquired by means of any unfair, deceptive, unconscionable, and/or negligent

28

1    acts;

2    H.    An award of punitive damages in an amount to be proven at trial;

3    I.    An order enjoining Defendants' deceptive and unfair practices;

4    J.    An order requiring Defendants to conduct corrective advertising;

5    K.    An award of pre-judgment and post-judgment interest;

6    L.    An award of attorneys' fees and costs pursuant to, *inter alia*, the CLRA, Cal.

7          Civ. Proc. Code § 1021.5, the Private Attorney General Act statute, and

8          substantial benefit doctrines; and

9    M.    Such other and further relief as this Court may deem just, equitable, or proper.

10                           **IX.    JURY DEMAND**

11   Plaintiffs demand a trial by jury on all claims for damages. Plaintiffs do not seek a

12   jury trial for claims sounding in equity.

13

14   DATED: August 3, 2018

15                                        Respectfully Submitted,

16

17                                        /s/ *Ronald A. Marron*

18                                        **LAW OFFICES OF RONALD**
                                          **A. MARRON, APLC**
19                                        RONALD A. MARRON (175650)
20                                        *ron@consumersadvocates.com*
                                          MICHAEL T. HOUCHIN (305541)
21                                        *mike@consumersadvocates.com*
22                                        651 Arroyo Drive
                                          San Diego, CA 92103
23                                        Telephone:   (619) 696-9006
24                                        Facsimile:   (619) 564-6665

25                                        **THE ELLIOT LAW FIRM**
26                                        DAVID ELLIOT (270381)
                                          *davidelliot@elliotlawfirm.com*
27                                        3200 Fourth Avenue, Suite 207
28                                        San Diego, CA 92103

                                          29

Telephone:   (619) 468-4865
*Counsel for Plaintiffs and the Putative Class*

30

# EXHIBIT 1

# PROSPECTOR®

 SEARCH         REGION         USER

Home > Food, Beverage & Nutrition > Malic acid

# Malic acid

**Company: I.H.C. Chempharm**

Malic acid is a dicarboxylic acid found in many sour or tart-tasting foods. When eaten, it produces a mellow and persistent sour taste. The most common source of this compound is unripe fruit. This acid is also produced within the human body as a part of the citric acid cycle. The salts of malic acid, known as maltates, are an important intermediary step in the cycle. The most common use of malic acid is in food products, notably in candy and potato chips. Sour candies often use it rather than its sweeter cousin, citric acid, as the sourness is more intense. Salt and vinegar flavored potato chips also use it to produce a tart, vinegar-like flavor.

Share: 

## Documents

Datasheet

Malic acid Datasheet

## Company

I.H.C. Chempharm is a company working with products for the Cosmetic, Pharma, Chemical, Petfood, Feed and Food Industries. Products for the Food include Amino Acids, Hydrocolloids, Releasing Agents, Fiber, Emulsifiers/Stabilizers, Carriers/Fillers/Wetting Agents, Dyestuff, Dietary Supplement, Carbohydrates, Plasticizers, Vitamins, Acidifier, Antioxidants, Preservatives, Flavor Additives and Sweeteners.

## Where to Buy

### I.H.C. Chempharm

 Visit Website

Are you a distributor who is interested in being listed here? Contact us!

**LEARN MORE**

 VISIT THE SUPPLIER'S SITE FOR SUPPORT

 BOOKMARK

⌗ ALL SUPPLIER CONTENT

I.H.C. Chempharm makes their documentation available in the regions indicated below:



## Categories

**Ingredients Categories**
- Additives ~ Acidity Regulators ~ Acids ~ Malic Acid

**Application Categories**
- Snack Foods
- Confectionery
- Bakery Products ~ Bread, bread products, tortilla

The information presented here was acquired by UL from the producer of the product or material or original information provider. However, UL assumes no responsibility or liability for the accuracy of the information contained on this website and strongly encourages that upon final product or material selection information is validated with the manufacturer. This website provides links to other websites owned by third parties. The content of such third party sites is not within our control, and we cannot and will not take responsibility for the information or content.

# EXHIBIT 2



The Chemical Company      > Products      > All Products      > Malic Acid

# Malic Acid

Malic Acid is an organic compound, a dicarboxylic acid that is the active ingredient in many sour and tart foods. Malic Acid is generated during fruit metabolism and occurs naturally in all fruits and many vegetables.

The pleasant, refreshing experience of biting into a juicy apple or cherry is partly caused by Malic Acid. Its mellow, smooth, persistent sourness can be blended with multiple food acids, sugars, high intensity sweeteners, flavors and seasonings to create distinctive taste experiences in foods, beverages and confections.

Malic Acid is formed in metabolic cycles in the cells of plants and animals, including humans. The compound provides cells with energy and carbon skeletons for the formation of amino acids. The human body produces and breaks down relatively large amounts of Malic Acid every day.

Malic Acid contributes to the sourness of green apples. It is present in grapes and gives a tart taste to wine. When added to food products, Malic Acid is the source of extreme tartness. It is used with or in place of the less sour citric acid in sour sweets.

Malic Acid is used as a flavor enhancer in food preparation for confectionaries, beverages, fruit preparations and preserves, desserts, and bakery products. It is also essential in the preparation of medical products such as throat lozenges, cough syrups, effervescent powdered preparations, toothpaste and mouthwash. Additionally, Malic Acid is used in the manufacture of skin care products to rejuvenate and improve skin conditions.

## Specifications

Malic Acid Spec TCC – Click Here To Download

## Shipping Information

Malic Acid is available for shipping throughout the continental United States with one week lead time for delivery. Please call (401) 360-2800 for details. The product can be delivered in powder form by truck in 1 metric ton (2,204.6 lb) bulk bags, or 25 kg (55.0114 lbs.) bags as well as in liquid solution to our specifications in tanker trucks.

CATEGORIES: ALL PRODUCTS, FOOD ADDITIVES

DESCRIPTION

## DESCRIPTION

### History

Malic Acid is as old as fruit and vegetables. However, it wasn't isolated from

apple juice until 1785 by Carl Wilhelm Scheele. Antoine Lavoisier in 1787 proposed the name acide malique which is derived from the Latin word for apple, malum, which is the principal flavor that is used in commercial food preparation today.

## Essential Metabolism

Malic Acid is formed in metabolic cycles in the cells of plants and animals, including humans. For instance, in both the KREB and glyoxalate cycles it provides the cells with energy and carbon skeletons for the formation of amino acids. A relatively large amount of Malic Acid is produced and broken down in the human body every day. Malic Acid is the principal acid contained in apples and many other fruits and vegetables.

Malic Acid has:

- a clean, mellow, smooth, persistent sourness

- flavor enhancement and blending abilities

- a high solubility rate

- lower hygroscopicity than Citric or Tartaric acids

- a lower melting point than other acids for easier incorporation into molten confections

- good chelating properties with metal ions

It forms:

- economical acidulant blends with other acids

- more soluble calcium salts than Citric acid

- effective buffering mixtures.

**Malic Acid in food**

Malic Acid contributes to the sourness of green apples. Malic Acid is present in grapes. It confers a tart taste to wine, although the amount decreases with increasing fruit ripeness. The process of malolactic fermentation converts Malic Acid to much milder lactic acid.

Malic Acid, when added to food products, is denoted by E number E296. Malic Acid is the source of extreme tartness in so-called "extreme candy", i.e., Mega Warheads or Sour Punch candies. It is also used with or in place of the less sour citric acid in sour sweets such as Jolly Ranchers, Sweet Tarts and Salt & Vinegar flavor potato chips. These sweets are sometimes labeled with a warning that excessive consumption can cause irritation of the mouth. Malic Acid aids the formulator, because it:

- intensifies the impact of many flavors in foods or beverages, often reducing the amount of flavor needed

- blends distinct flavors resulting in a well-rounded flavor experience

- improves aftertaste by extending the impact of some flavors

- increases burst and aromaticity of some flavor notes in certain beverage applications

- boosts savory flavors like cheese and hot peppers in snack food coatings

- deepens and broadens the flavor profile of many products, resulting in a richer, more natural flavor experience

## Applications

**Carbonated Beverages**

Adding Malic Acid improves economies, especially in artificially sweetened

products. Flavors are enhanced, allowing the use of less flavor additives, and the overall flavor profile is broader and more natural.

## Non-carbonated Beverages

Malic Acid is a preferred acidulant for still beverages (fruit drinks, nectars, iced-teas, sports drinks, calcium fortified juices), because it enhances fruit flavors, improves pH stability, and masks the aftertaste of some salts.

## Powdered Mixes

In iced tea, sports drink or fruit soup dry mixes, Malic Acid is preferred due to its rapid dissolution rate and flavor enhancement qualities. Since Malic Acid provides more sourness than Citric acid, less acidulant is required and unit weight can be reduced.

## Low Calorie Beverages

In beverages containing intense sweeteners, less Malic Acid than Citric is required to achieve the desired sourness and flavor at a higher pH. Malic Acid's extended sourness masks sweetener aftertaste (see Taste Retention Chart) and its blending and fixative abilities give a balanced taste. In a study with 14-30 year olds, aspartame sweetened low-calorie soft drinks acidified with Malic Acid were preferred over those with Citric acid.

## Ciders and Wines

For "alcoholic" apple ciders, Malic Acid is added to maintain a consistent "sharp" taste. In wines, malolactic fermentation improves the flavor profile of the wine.

## Acidified "Dairy" Products

1. Whey-based protein beverages acidified with Malic Acid have enhanced fruit flavor and less noticeable whey flavor.

2. Fruit flavored milk drinks made with fruit juice and acidified with Malic Acid have improved flavor and palatability.

3. Coagulated soy-milk acidified with Malic Acid produces a yoghurt-like product.

## Calcium Supplements and Calcium-fortified Beverages

In liquid calcium supplements, Malic Acid adds a tart and fruity flavor while controlling the pH. In calcium-fortified beverages, using Malic Acid in place of Citric acid prevents turbidity due to precipitated calcium citrate.

## Confectionaries

Malic Acid gives an appealing tartness to hard, soft, tabletted and sugarless candies as well as chewing gum. Blending multiple acids creates unique tasting confections. For example, to prolong the sourness in candy or chewing gum, Citric acid is used for an initial sour boost, Malic Acid for a lingering sourness, and Fumaric acid to sustain the tartness even longer. Malic Acid's high solubility allows it be blended with cooled confections. Adding acids at the end of the candy making process minimizes sugar inversion.

## Hard Candy

Malic Acid boosts sourness intensity and enhances fruit flavors. It has a lower melting point than other food acids – this means that it can be incorporated into the molten hard candy without added water – shelf life is increased since the initial moisture level in the hard candy is lower.

## Soft Candy

In agar, gelatin or pectin-based candies such as jellies and gummies, Malic Acid is used to achieve a natural fruit flavor profile, proper gelling and good product clarity.

## Sugarless Confections

Malic Acid is preferred over Citric acid in this application because it enhances flavor, especially fruit flavors, and boosts sweetness. Blending the sorbitol solution during the heating process is made easier by adding Malic Acid.

## Chewing Gum

Organic food acids combined with saccharin improve saliva stimulation in chewing gum. Malic Acid is preferred due to its flavor enhancement properties. Using blends of acids with different partition coefficients results in a sequential release of acid – this creates prolonged juiciness and flavor during chewing.

## Fruit Preperations and Preserves

Malic Acid enhances fruit flavors and creates a more natural flavor profile in jams, jellies, and fruit preparations. Malic Acid stabilizes pH to control pectin gel texture due to its strong buffering capacity at the pHs used for pectin gels. Fruit preparations are acidified with Malic Acid so that the fruit flavor stays strong, even when the fruit preparation is used in dairy products, frozen desserts or baked goods.

## Desserts

1. Fruit preparations for frozen desserts show enhanced fruit flavor when Malic Acid is included

2. Malic Acid is an economical fruit flavor enhancer in sherbets and water ices

3. In gelled desserts, Malic Acid enhances fruit flavors and helps stabilize pH to control gel texture

## Bakery Products

Bakery products with fruit fillings (cookies, snack bars, pies, and cakes) have a stronger and more naturally balanced fruit flavor when the fruit filling includes

Malic Acid. Pectin gel texture is more consistent due to Malic Acid's buffering capacity.

### Medical and Personal Care Products

In throat lozenges, cough syrups, and effervescent powdered preparations, Malic Acid enhances fruit flavor and can diminish the flavor impact of active components. As Malic Acid stimulates saliva flow, it can be used in tooth-cleaning preparations and mouthwashes. Germicidal compounds are used in combination with Malic Acid in soaps, mouthwashes, and toothpaste.

### Acid-Based Facial Products

Malic Acid, an alpha hydroxy fruit acid, can be used in skin care products to rejuvenate and improve skin conditions.

### Oil Field Applications

Demands for Malic Acid in the oil industry are rapidly increasing. The product is used to aid in the transfer of raw crude from the well to the refinery.

## REQUEST A QUOTE

| Your Name | Your Email | Phone Number |
| Website | Delivery Location | How did you find out a |
| Malic Acid | Country | |

Please note any special requirements

29708

Verification

SEND MESSAGE

RESET

---

## RELATED PRODUCTS

**METHYL T2 HEXENOATE**

**AMMONIUM CARBONATE**

**BENZOIC ACID**

**AQUA AMMONIA**

---

Follow us

INDUSTRY NEWS

Weekly Market Update: April 16-20, 2018

Crude Oil Inventories & Price in 2018: High Prices, Immediate Impacts

Weekly Market Update: April 9-13, 2018

CONTACT US

44 Southwest Avenue
Jamestown RI 02835

(401) 360-2800

info@thechemco.com

Copyright © 2018 The Chemical Company

About TCC    Contact Us Your Bulk Distributor    Team Resources    Subscribe to The View

# EXHIBIT 3



**HOME (/)**
**ABOUT**
**WHO WE ARE (/WHO-WE-ARE/)**
**INDUSTRIES WE SERVE (/INDUSTRIES-WE-SERVE/)**
**QUALITY (/QUALITY/)**
**POLICIES (/POLICIES/)**
**PRODUCTS**
**FOOD & REAGENT (/FOOD-AND-REAGENT/)**
**NUTRITIONAL (/NUTRITIONAL/)**
**PERSONAL CARE (/PERSONAL-CARE/)**
**USP INGREDIENTS (/USP-INGREDIENTS/)**
**SANITATION (/SANITATION/)**
**TECHNICAL GRADE & WATER TREATMENT (/TECHNICAL-GRADE-WATER-TREATMENT/)**
**NEWS (/NEWS/)**
**CONTACT (/CONTACT/)**

**SALE (/SALE/)**

June 20, 2013 (/news/malic-acid-and-its-many-uses)

# Malic Acid and Its Many Uses (/news/malic-acid-and-its-many-uses)

Malic acid, an organic compound made by all living organisms as part of the citric acid cycle, is crystalline in structure, water soluble, and colorless. Malic acid (http://static1.squarespace.com/static/573ba45620c6479144d80435/5771865414fd83b0aa83dc12/5771868b14fd83b0aa83deb3/1467057803459/?format=original) was first isolated from apple juice in 1785 by Carl Wilhelm Scheele, a Swedish chemist. This chemical gets its name from this event, as the Latin word for apple is *malum*. Malic acid plays an important role in giving foods, specifically fruits, their pleasant sour taste. Malic acid is commonly used as a food additive in foods like potato chips and candy. Instead of using citric acid to create the sour taste, candies that require a more intense sour flavor use malic acid. ==Salt and vinegar flavored chips use malic acid to produce that appealing tart taste.==

One of the major health benefits that malic acid offers the human body is that it boosts your metabolism and the ability for your body to produce energy. Without sufficient levels of malic acid in your body, you would age quicker because your body loses its ability to produce energy efficiently.

This chemical also helps muscles soreness and prevents muscle fatigue. For this reason, malic acid is used to treat the intense muscle pain caused by fibromyalgia.

In addition, malic acid is found in many hygiene and skin care products. In mouthwash, this chemical aids in dental hygiene by acting as an oral antiseptic and encouraging saliva production. When applied to skin, malic acid tightens pores, reduces wrinkles, and evens tone.

As a leading chemical supply company in Orlando (http://static1.squarespace.com/static/573ba45620c6479144d80435/5771865414fd83b0aa83dc12/577186a014fd83b0aa83e02d/1467057824196/?format=original), Bell Chem offers fast delivery of hundreds of chemical products including many food and reagent-grade products (http://static1.squarespace.com/static/573ba45620c6479144d80435/5771865414fd83b0aa83dc12/5771869514fd83b0aa83e009/1467057813962/?format=original) like malic acid. With an abundance of world-class seaports within just a few short hours, our Orlando chemical supply company (/) is positioned as the "go to" supplier on a national, as well as international level. Give us a call today at 407-339-BELL (2355) to place an order!

♥ 0 Likes    ⌕ Share

Newer Post
What You Didn't Know About Guar Gum
(/news/what-you-didn't-know-about-guar-gum)

Older Post
10 Myths About Caffeine (/news/10-myths-about-caffeine)

(h᠎ (iᴛ ᴊᴍ

**BELL CHEM, 1340 BENNETT DRIVE, LONGWOOD, FL 32750**

© Copyright 2018 Bell Chem Corp. All Rights Reserved.

# **EXHIBIT 4**

Ingredients | Coca-Cola Product Facts

THE Coca-Cola CO. | PRODUCT FACTS
USA

# INGREDIENT INFORMATION

Curious about our ingredients? Wondering why we use certain ones? Learn what makes our beverages so delicious and more. For information on GMOs, click here.

**Acacia**
See definition for Gum Acacia .

**Acesulfame Potassium**
Acesulfame Potassium, also known as Ace-K, is a low-calorie sugar substitute used in place of sugar in many foods and drinks to provide reduced- or low-calorie alternatives. The U.S. Food and Drug Administration and other regulatory authorities worldwide have concluded that Ace-K is safe for use in foods and beverages.

**Agar**
Agar is used to thicken beverages. It is derived from seaweed.

**Alpha Tocopherol Acetate**
Alpha Tocopherol Acetate is a form of Vitamin E. Vitamin E is a powerful antioxidant. It helps to protect body cells by neutralizing free radicals, which are damaging molecules.

**Artificial Flavors**
An artificial flavor is used to provide flavor and aroma to foods and beverages. It is a flavor that is man-made. It does not come from a natural source, such as a spice, fruit, vegetable, herb or similar plant material. The chemical composition of an artificial flavor may be the same as the natural flavor. Every ingredient in artificial flavors has undergone safety and quality testing.

**Artificial Sweeteners**
See definition for sugar substitute .

a
b
c
d
e
f
g
h
i
j
l
m
n
o

## Ascorbic Acid

Ascorbic Acid is also known as Vitamin C. Vitamin C is an antioxidant vitamin. Ascorbic acid is also used as a preservative in some products as indicated in the ingredient statement.

## Aspartame

Aspartame is a low-calorie sugar substitute made up of two amino acids: aspartic acid and phenylalanine. Aspartame is used in place of sugar in many foods and drinks to provide reduced-, low- or no-calorie sweetener alternatives. Aspartame is one of the most thoroughly researched ingredients, and recognized authorities, including the U.S. Food and Drug Administration, have affirmed aspartame safety. People with the rare hereditary disorder PKU should strictly limit their intake of phenylalanine, a common amino acid that's found in aspartame. Click here to learn more.

## Î²-Apo-8′-Carotenal

β-Apo-8′-Carotenal is an orange pigment found in fruits and vegetables, such as citrus fruits. β-Apo-8′-Carotenal can be used to give foods and beverages an orange or red color.

## Berry and Fruit Extracts

Berry and Fruit Extracts are extracts that contain flavors from berries and fruits.

## Beta-Carotene

Beta-Carotene is an orange pigment found in orange and dark yellow fruits and vegetables. It is used by our bodies to make Vitamin A, an essential nutrient. Beta-carotene is also used as an orange food coloring. When used as a color, it will be identified as a color in the ingredient statement.

## Biotin

Biotin is a B Vitamin that helps your body produce energy in your cells and helps support healthy skin and hair.

## Black Carrot Concentrate

See juice concentrate .

## Black Currant Concentrate

See juice concentrate .

p

r

s

t

v

y

z

## Black Tea Concentrate

Black Tea Concentrate is Black Tea extract that has been concentrated and spray dried.

## Black Tea Leaves

Black Tea Leaves are from the *Camellia sinensis* plant. Black Tea is generally stronger in flavor than other varieties of tea. That's because the tea leaves are allowed to 'oxidize' or ferment longer, which means they are dried and handled in specific ways so that plant enzymes can more easily create the colors and flavors we enjoy in black tea.

## Blue No. 1

Blue No. 1 is an FDA-certified food color. Each batch is inspected by the U.S. Food and Drug Administration (FDA) before being certified. It is used in small quantities to give products a vibrant and attractive color.

## Brown Rice Syrup

Brown Rice Syrup is a sweetener derived from fermented brown rice.

## Caffeine

Caffeine comes from the leaves, seeds or fruits of more than 60 plants. It is found in beverages and foods, such as coffee, tea, colas and chocolate. Caffeine can also be man-made.

## Calcium

Calcium is an important nutrient and a major component of bones and teeth.

## Calcium Carbonate

Calcium Carbonate is used as a source of calcium and to control acidity. Calcium is an essential nutrient and a major component of bones and teeth.

## Calcium Chloride

Calcium Chloride is used as an electrolyte in some sports drinks and bottled water beverages. Calcium and Chloride are both essential nutrients.

## Calcium Citrate

Calcium Citrate is used as a source of calcium, an essential nutrient for the body. Calcium is a major component of bones and teeth.

Ingredients | Coca-Cola Product Facts

**Calcium Disodium EDTA / Calcium Disodium Salt of EDTA**
EDTA stands for Ethylene Diamine Tetra Acetic acid. It is used as a preservative and to protect freshness and taste in beverages.

**Calcium Gluconate**
Calcium Gluconate is used as a source of calcium, an essential nutrient for the body. Calcium is a major component of bones and teeth.

**Calcium Lactate**
Calcium Lactate is used as a source of calcium, an essential nutrient for the body. Calcium is a major component of bones and teeth.

**Calcium Lactate Gluconate**
Calcium Lactate Gluconate is used as a source of calcium, an essential nutrient for the body. Calcium is a major component of bones and teeth.

**Calcium Pantothenate**
Calcium Pantothenate is used as a source of Vitamin B5 (Pantothenic Acid). It contributes to normal metabolism of fat, carbohydrates and protein.

**Calcium Phosphate**
Calcium Phosphate is used as a source of calcium, an essential nutrient for the body. Calcium is a major component of bones and teeth.

**Cane Sugar**
Cane Sugar is sugar made from sugar cane. It is used as a sweetener in foods and beverages and contains approximately 4 calories per gram.

**Caramel Color**
Caramel Color is made by a process involving the heating of corn or cane sugar and other carbohydrates to achieve the desired color. Caramel coloring in beverages has been evaluated for safety by agencies like the Joint Expert Committee on Food Additives of the World Health Organization and the U.S. Food and Drug Administration.

**Carbonated Water**
Carbonated Water, also known as soda water, sparkling water or seltzer, is water with carbon dioxide bubbles added to provide fizz and refreshment.

**Carnitine / L-Carnitine**
Carnitine is naturally produced and stored in the body. Carnitine plays a role in the conversion of fatty acids into energy.

**Carob Bean Gum**
Carob Bean Gum is used as an emulsifier. It assures that oil-based flavors are evenly dispersed in a water based drink. Carob Bean Gum comes from the starchy part of the seed of the carob bean tree.

**Carrageenan**
Carrageenan is a gelatin-like substance derived from seaweed. It is used as a thickener.

**Carrot Concentrate**
See juice concentrate .

**Chromium Picolinate**
Chromium Picolinate is a source of chromium, an essential nutrient which is known to help the body get energy from food.

**Chromium Polynicotinate**
Chromium Polynicotinate is a source of chromium, an essential nutrient which is known to help the body get energy from food.

**Citric Acid**
Citric acid is the most widely used organic acid in the food industry and has been used for more than 100 years. Citric acid can be produced from different plant sources, including corn. It is also commonly found in citrus fruits such as lemon, orange and grapefruit, which is why it is named 'citric acid'. Citric acid is used in beverages to provide tartness.

**Cocoa (Cocoa processed with alkali)**
Cocoa is a powder made from the inside of the cocoa bean that has a chocolate flavor.

**Coconut Oil**
Coconut Oil helps the flavors used in beverages mix with the water base of the product. It is also used to give some drinks a cloudy or opaque appearance.

**Coconut Water**

Coconut Water is the clear liquid (juice) found inside coconuts.

### Coffee

Coffee is a beverage brewed from roasted coffee beans.

### Concentrated Apple Juice

See juice concentrate .

### Concentrated Grape Juice

See juice concentrate .

### Concentrated Grapefruit Juice

See juice concentrate .

### Concentrated Green Tea from Tea Leaves

Concentrated Green Tea from Tea Leaves is a tea powder made from green tea leaves.

### Concentrated Lemon Juice

See juice concentrate .

### Concentrated Lime Juice

See juice concentrate .

### Concentrated Orange Juice

See juice concentrate .

### Concentrated Raspberry Juice

See juice concentrate .

### Concentrated Tangerine Juice

See juice concentrate .

### Cranberry Juice Concentrate

See juice concentrate .

### Crystalline Fructose

Crystalline Fructose is a sweetener that contains approximately 4 calories per gram, similar to that found in cane sugar. It is a simple sugar made from corn starch but is also found in fruits, honey and root vegetables. It is sweeter in taste than other sugars.

## Cyanocobalamin

Cyanocobalamin is commonly known as Vitamin B12. Vitamin B12 is a vitamin that helps to build healthy blood cells and plays a role in energy metabolism.

## D-ribose (Ribose)

D-ribose is a sugar which is naturally present in DNA, RNA and other biologically active compounds in the body. It's also used by the body to make certain amino acids. It is added to certain sports and energy beverages.

## Date Paste

Date Paste is made from dates ground together with water to form a smooth puree. It is used to sweeten and flavor foods.

## Dipotassium Phosphate

Dipotassium Phosphate is a source of potassium, an essential nutrient for the body. Potassium is an important nutrient for the normal regulation of blood pressure.

## Dragon Fruit Extract

Dragon Fruit Extract is an extract which contains the flavoring substances from the Dragon Fruit, which is native to Latin and South America.

## Dried Sweetened Blueberries

Dried Sweetened Blueberries are blueberries that have been partially dehydrated, like raisins, and then had sugar added to balance the fruit's natural tartness.

## Dried Raspberries

Dried Raspberries are raspberries that have been dried to remove the water.

## Dried Strawberries

Dried Strawberries are strawberries that have been dried to remove the water.

## Dried Sweetened Cranberries

Dried Sweetened Cranberries are cranberries that have been partially dehydrated, like raisins, and then had sugar added to balance the fruit's

natural tartness.

## Dutch Cocoa
Dutch Cocoa is cocoa that has been treated to reduce its natural acidity.

## EDTA
EDTA stands for Ethylene Diamine Tetra Acetic acid. It is used as a preservative and to protect freshness and taste in beverages.

## Electrolytes
Electrolytes are minerals, like sodium, potassium, calcium and magnesium, that regulate the flow of body fluids in and out of every cell.

## Erythritol
Erythritol is a sugar alcohol that is 60 percent to 70 percent as sweet as table sugar and has virtually no calories.

## Ester Gum
In some beverages that contain citrus oils, ester gum is used to prevent the flavoring oils from floating to the surface of the beverage. This ingredient is derived from the juice or sap of a tree.

## Evaporated Cane Juice
Evaporated Cane Juice is a sweetener made from sugar cane.

## Fair Trade
When an ingredient is considered Fair Trade Certified, it means the ingredient has been cultivated in a socially and environmentally conscious manner that allows farms to make investments directly into their businesses and communities. To be Fair Trade Certified, an ingredient must be certified by a recognized certification agency. Coffee, sugar, and tea are common Fair Trade Certified ingredients.

## Fig Paste
Fig Paste is made from figs ground together with water to form a smooth puree. It is used to sweeten and flavor foods.

## Filtered Water
See definition for pure filtered water .

## Flavors / Flavorings

Flavorings are used to provide taste to beverages and foods. They can be natural extracts from foods, like fruits and vegetables, or they can be man-made substances.

## Folic Acid

Folic Acid is a vitamin important for pregnant women as it is needed for the normal development of the brain and spinal cord. It also is needed by your body to make red blood cells.

## Garcinia Cambogia Rind Extract

*Garcinia Cambogia* Rind Extract is an extract from the rind of the fruit of *Garcinia Cambogia*. *Garcinia Cambogia* is a tree native to South and Southeastern Asia. Hydroxycitric acid is a primary constituent in the *Garcinia Cambogia* Rind Extract. It is similar in composition to citric acid.

## Genetically Modified Organisms

GMOs (genetically modified organisms) are organisms, such as plants, whose genetic material has been engineered to have desirable traits like resistance to pesticides and better crop yields. Many of the foods produced in the U.S. are made using genetically engineered ingredients, such as corn, soy and papaya. For more information on GMOs, click here .

## Ginseng Extract

Ginseng is a plant with a fleshy root and oval shaped leaves. Ginseng Extract is derived from the root of this plant.

## Glycerol Ester of Rosin / Glycerol Ester of Wood Rosin

In some beverages that contain citrus oils, ester gum is used to prevent the flavoring oils from floating to the surface of the beverage. This ingredient is derived from the juice or sap of a tree.

## Green Tea

Green Tea is made from the leaves of the *Camellia sinensis* plant. Green tea is less oxidized or fermented during processing than black tea.

## Green Tea Extract

Green Tea Extract is an herbal derivative from green tea leaves (*Camellia sinensis* ). Green Tea Extract is used in some beverages to provide higher levels of flavor, color and other natural compounds present in green tea.

## Ground Golden Flax

Ground Golden Flax is the ground up seed of the flax plant, which has been grown across the world since ancient times. Flax seeds contribute fiber, protein and omega-3 fatty acids to foods.

### Guar Gum

Guar Gum is used as a stabilizer and a thickening agent. It is derived from the seeds of the guar tree.

### Guarana

Guarana is a climbing plant in the maple family native to the Amazon area of Brazil, which provides a source of caffeine.

### Guarana Extract

Guarana Extract is derived from Guarana, a climbing plant in the maple family native to the Amazon area of Brazil. Guarana Extract is a source of caffeine.

### Guarana Seed Extract

Guarana Seed Extract is derived from the seed of guarana, a climbing plant in the maple family native to the Amazon area of Brazil. Guarana Seed Extract is a source of caffeine.

### Gum Acacia

Acacia, also called Gum Arabic, comes from acacia trees and is used to suspend certain ingredients that don't mix well with water, creating a consistent beverage appearance and keeping the ingredients from separating out.

### High Fructose Corn Syrup

High Fructose Corn Syrup (HFCS) is a type of sweetener. It's made from corn and is similar to table sugar. HFCS has about the same number of calories as sugar.

### Honey

Honey is a sweetener made by bees from the nectar of flowering plants. Honey is composed of two simple sugars, fructose and glucose. It has about the same sweetness as table sugar.

### Isolated Soy Protein

Isolated Soy Protein (ISP) is a protein that is made from soybeans. It is commonly consumed as a protein source.

## Juice
Juice is the liquid that is naturally found in fruits and vegetables. It can be obtained by squeezing or pressing the fruit or vegetable.

## Juice Concentrate
Juice concentrate is a form of juice, in which water has been removed under conditions to maintain quality. We commonly use various juices from concentrate in our products that contain juice, such as apple juice, grape juice, grapefruit juice, lemon juice, lime juice, orange juice, raspberry juice, tangerine juice, cranberry juice and others.

## Juice / Juices from Concentrate
Juice from Concentrate is made by reconstituting juice concentrate by adding water. Juice concentrate is the juice ingredient that has had most of the water gently removed from the juice under conditions to maintain the quality. We commonly use various juices from concentrate, including orange and apple, in our products that contain juice.

## Lactase Enzyme
Lactase is the enzyme used by the body to break down lactose, the sugar found in milk. People who are lactose intolerant cannot metabolize (break down) foods or beverages that contain lactose. Using lactase enzyme helps break down the lactose sugars in the milk so that it can be more easily digested.

## Lactic Acid
Lactic Acid is used to provide a tart taste. It can also be found in milk.

## Lowfat Milk
Lowfat milk is milk from which some of the fat has been removed during processing. Whole milk is typically 3.5% fat, while lowfat milk is typically 1% fat.

## Lycopene
Lycopene is a plant compound found in red fruits and vegetables, such as watermelon, tomatoes and carrots. Lycopene can be used to give foods and beverages an orange or red color.

## Magnesium Chloride
Magnesium Chloride is a source of both magnesium and chloride, which are electrolytes and essential nutrients for the body.

## Magnesium Lactate

Magnesium Lactate is a source of magnesium, an essential nutrient for the body. Magnesium is needed for energy metabolism.

## Magnesium Sulfate

Magnesium Sulfate is used, along with other minerals in bottled water, for taste.

## Malic Acid

Malic Acid, naturally found in apples, is used to give a tart taste to beverages.

## Maltodextrin

Maltodextrin is a complex carbohydrate that adds body to a beverage. It is a bulking agent and is less sweet than sugar or high fructose corn syrup. The Maltodextrin we use comes from corn.

## Manganese Citrate

Manganese Citrate is a source of manganese, an essential nutrient for the body. Manganese is needed for bone formation and energy metabolism.

## Medium Chain Triglycerides

Medium Chain Triglycerides are commonly used as an emulsifier or substance to disperse two liquids in a beverage to provide a more consistent beverage appearance.

## Milk Protein Concentrate

Milk Protein Concentrate is a concentrated source of protein produced from cow's milk.

## Modified Cornstarch

Modified Cornstarch is a starch made from corn and has various uses in foods and beverages, which include thickening, to stabilize flavor oils in our syrups and beverages.

## Modified Food Starch

Modified Food Starch is a starch that is commonly made from corn and has various uses like thickening and texture. We use it to stabilize flavor oils in our syrups and beverages.

## Monopotassium Phosphate

Monopotassium Phosphate is a source of potassium, an essential nutrient for the body. Potassium is an important nutrient that helps maintain healthy blood pressure.

**Monosodium Phosphate**

Monosodium Phosphate helps to regulate tartness of beverages.

**Natural Flavors**

Natural Flavors may come from the essential oils or extracts of spices, fruits, vegetables, herbs, roots and barks.

**Natural Lemon Flavors**

Natural Lemon Flavors are flavors derived from lemons.

**Natural and Artificial Flavors**

See definitions for natural flavors and artificial flavors .

**Niacin / Niacinamide**

Niacinamide is a common form of Niacin, also known as Vitamin B3. Niacin is needed by our bodies to help with energy metabolism.

**Oat Bran**

Oat Bran is the hard outer layers of the oat grain. It is used to contribute flavor, fiber and other nutrients to foods.

**Oat Flour**

Oat Flour is flour made from ground oats.

**Organic**

This term is used to describe products and ingredients that meet organic standards set by the United States Department of Agriculture (USDA). Synthetic fertilizers, sewage sludge, irradiation and genetic engineering may not be used. A USDA organic seal indicates the product is certified organic and has 95 percent or more organic content. For multi-ingredient products, if the label claims that it is made with specified organic ingredients, those ingredients have been certified organic.

**Pantothenic Acid**

Pantothenic Acid is also called Vitamin B5. Vitamin B5 is needed both to break down food into energy as well as to build proteins, fats and carbohydrates needed by the body.

## Phenylalanine / Phenylketonurics

Phenylalanine is an essential amino acid (a building block for proteins). Some people born with PKU (phenylketonuria), a rare genetic disorder, need to avoid phenylalanine, one of the components of <span style="color:red">aspartame</span> , because their bodies cannot break it down.

## Phosphoric Acid

Phosphoric Acid is used in certain sparkling beverages to add tartness to the beverage. Phosphoric Acid contains phosphorus, one of the basic elements of nature and an essential nutrient. Phosphorus is a major component of bones.

## Plum Puree

See <span style="color:red">purees</span> .

## Polyethylene Glycol

Polyethylene Glycol is used as an emulsifier or substance to disperse two liquids in beverages.

## Polysorbate 60

Polysorbate 60 is used as an emulsifier or substance to disperse two liquids in beverages.

## Potassium

Potassium is an important nutrient to help support healthy blood pressure.

## Potassium Benzoate

Potassium Benzoate is used as a preservative and to protect taste.

## Potassium Bicarbonate

Potassium Bicarbonate is added to bottled water for taste.

## Potassium Chloride

Potassium Chloride is used, along with other minerals, in bottled water for taste. Potassium and Chloride are essential nutrients for the body.

## Potassium Citrate

Potassium Citrate is used to adjust the tartness of beverages and may also be used as an electrolyte and a potassium source in sports drinks.

## Potassium Phosphate

Potassium Phosphate is used as a source of potassium, an important nutrient in the body.

## Potassium Sorbate

Potassium Sorbate is used to protect taste in some non-carbonated and juice-containing drinks.

## Premium Concentrated Orange Juice

Orange Juice Concentrate is the juice ingredient that has had most of the water gently removed from the juice under conditions to maintain quality. We commonly use various juices from concentrate, including orange and apple, in our products that contain juice.

## Pulp / Lemon Pulp / Orange Pulp

Pulp is the soft, moist, edible part of a citrus fruit; the 'bits' naturally found in juice. We add pulp in varying amounts to give juices and juice drinks the texture some consumers prefer.

## Pure Filtered Water

Pure Filtered Water is water that is filtered through several filtration steps to remove chlorine and other impurities.

## Purees

Purees are fruits and vegetables that are mashed or pressed to the consistency of a soft paste or thick liquid.

## Purified Water

The U.S. Food and Drug Administration (FDA) has established standards for identifying various types of bottled water, including purified water. The FDA defines purified water as: 'Water that is produced by distillation, deionization, reverse osmosis or other suitable processes...'

## Pyridoxine Hydrochloride

Pyridoxine Hydrochloride is Vitamin B6. Vitamin B6 is a vitamin needed to process (metabolize) protein from your food to make it useful to the body for building tissues and for metabolizing carbohydrates.

## Raisins

Raisins are grapes that have been dried to remove the water.

## Red No. 40

Red No. 40 is an FDA-certified food color. Each batch is inspected by the U.S. Food and Drug Administration (FDA) before being certified. It is used in small quantities to give products a vibrant and attractive color.

## Reverse Osmosis Water

Reverse Osmosis Water is a type of water that is made by running water through a membrane with very small pores using high pressure. Minerals and some impurities are removed during this process.

## Rolled Oats

Rolled oats are oats that have been de-husked, steamed and rolled into flakes before being toasted. This processing makes the oats easier to chew and digest.

## Saccharin

Saccharin is a calorie-free sugar substitute used in place of sugar in many foods and drinks to provide reduced-, low- or no-calorie alternatives. Saccharin is one of the most widely studied food ingredients and has been confirmed as safe by globally recognized authorities, including the U.S. Food and Drug Administration .

## Salt

Salt, also known as table salt, is used in very small amounts for taste enhancement in our bottled waters. It is also used in our sports drinks as a source of sodium, an important electrolyte needed by athletes, to help maintain water balance. Sodium Chloride is the technical name for salt.

## Sea Salt

Sea Salt is salt made from seawater.

## Skim Milk

Skim Milk is milk that has an extremely low level of fat.

## Sodium Benzoate

Sodium Benzoate is used as an antimicrobial agent, a preservative and to protect taste.

## Sodium Bicarbonate

Sodium Bicarbonate is a substance used to balance the pH of foods and beverages.

## Sodium Chloride

Sodium Chloride, or table salt, is used in very small amounts for taste enhancement in our bottled waters. It is also used in our sports drinks as a source of sodium, an important electrolyte needed by athletes, to help maintain water balance.

## Sodium Citrate

Sodium Citrate is used to adjust the tartness of beverages.

## Sodium Polyphosphate

Sodium Polyphosphates are used to preserve the quality and stability of our beverages.

## Sorbitol

Sorbitol is a sugar alcohol that can provide sweetness and consistency to a beverage with lower calories than sugar. It is found naturally in apples, pears, peaches and plums.

## Soy Butter

Soy butter, also known as soy nut butter, is a spread that is made with roasted soybeans.

## Soy Lecithin

Soy Lecithin is extracted from soybeans and used as an emulsifier to disperse two liquids in beverages to maintain a consistent appearance.

## Soybeans

Soybeans are legumes grown for its edible bean which has several uses.

## Soy Milk

Soy milk is a plant-based milk made by soaking dried soybeans and grinding them with water.

## Stevia Leaf Extract

Stevia Leaf Extract is a no-calorie sugar substitute derived from the leaf of the Stevia plant. It is used in combination with sugar or other sugar substitutes in many foods and drinks to provide low- or reduced-calorie alternatives. Stevia Leaf Extract has been accepted as safe by globally recognized authorities, including the U.S. Food and Drug Administration .

## Sucralose

Sucralose is a no-calorie sugar substitute used in place of sugar in many foods and drinks, and commonly known by the brand name SPLENDA®. Sucralose has been thoroughly tested in scientific studies and has been confirmed as safe by globally recognized authorities, including the U.S. Food and Drug Administration .

## Sucrose Acetate Isobutyrate

Sucrose Acetate Isobutyrate (SAIB) is derived from sugar. It is used in beverages as a weighting agent, in citrus beverages to prevent separation of citrus oils, and as a stabilizer for emulsions of flavoring oils.

## Sugar

Sugar, also known as table sugar, is made from sugar cane or sugar beets.

## Sugar Substitute

Low- and no-calorie sugar substitutes (sometimes called artificial sweeteners) are used in place of sugar in many foods and drinks to provide a reduced-, low- or no-calorie alternative. They provide a sweet taste with few or no calories and can help people manage their calorie intake. We only use low- and no-calorie sugar substitutes that have been thoroughly tested in scientific studies and are confirmed as safe by globally recognized authorities, including the U.S. Food and Drug Administration and European Food Safety Authority . Common sugar substitutes include: acesulfame potassium , aspartame , sucralose , Stevia leaf extract and saccharin .

## Tartaric Acid

Tartaric Acid is used to provide a tart taste. It can also be found in some foods, such as grapes.

## Taurine

Taurine is an amino acid made in the body from other amino acids. It is an ingredient commonly found in energy drinks.

## Tea

See Tea / Tea Concentrate .

## Tea / Tea Concentrate

Tea is made from the leaves of the *Camellia sinensis* plant.

**Tea Powder**
Tea Powder is powder derived from ground tea.

**Thiamine Mononitrate**
Thiamine Mononitrate is a source of thiamine, a Vitamin B1. It plays a role in converting carbohydrates to energy and is needed for normal functioning of the nervous system and muscles.

**Tricalcium Phosphate**
Tricalcium Phosphate is a source of calcium. Calcium is a mineral essential for strong bones and teeth.

**Turmeric**
Turmeric is a dark orange-yellow coloring agent derived from a tropical plant in the same family as ginger. It is commonly used to impart flavor and color to foods.

**Vanilla Extract**
Vanilla Extract is a flavoring made from vanilla beans.

**Vapor Distilled Water**
Vapor Distilled Water is a type of water that is created through a specialized process. It is heated, converted to steam, cooled and then collected. Minerals and some impurities are removed during this process.

**Vegetable Glycerin**
Vegetable Glycerin is made from vegetable oils and used in beverages to help maintain stability of flavors and other ingredients.

**Vitamin A Palmitate**
Vitamin A is an essential nutrient needed for normal vision and for healthy skin.

**Vitamin B1 (Thiamin Mononitrate)**
Vitamin B1 helps the body convert food into energy, and is necessary for proper brain function.

**Vitamin B1 (Thiamine Hydrochloride)**
Vitamin B1 plays a role in converting carbohydrates to energy and is needed for normal functioning of the nervous system.

**Vitamin B12 (Cyanocobalamin)**

Vitamin B12 helps to build healthy blood cells, is required for normal nervous system function and plays a role in energy metabolism.

### Vitamin B2 (Riboflavin 5 Phosphate / Riboflavin)

Vitamin B2 plays a role in normal energy metabolism by helping the body convert food into energy. It also helps maintain healthy mucous membranes, a healthy mouth and healthy skin.

### Vitamin B3 (Niacinamide)

Vitamin B3 is niacin. Niacin plays a role in carbohydrate, protein and fat metabolism. It is needed for the normal release of energy from food.

### Vitamin B5 (Calcium Pantothenate)

Calcium Pantothenate is used as a source of Vitamin B5 (Pantothenic Acid). It contributes to normal metabolism of fat, carbohydrates and protein.

### Vitamin B6 (Pyridoxine Hydrochloride / Pyridoxine)

Vitamin B6 is an essential nutrient needed to process (metabolize) protein from your food to make it useful to the body for building tissues and for metabolizing carbohydrates.

### Vitamin C (Ascorbic Acid)

Vitamin C is an antioxidant vitamin. It helps to protect body cells and tissues and helps to maintain healthy skin.

### Vitamin D

Vitamin D is important for bone health as it helps the body use calcium. We use Vitamin D3 (Cholecalciferol) as a source of Vitamin D in our products.

### Vitamin D3

Vitamin D3 is a fat soluable vitamin which aids in calcium absorption. It also helps build and maintain healthy bones and teeth.

### Vitamin E (D-Alpha Tocopherol Acetate / Dl-Alpha-Tocopheryl Acetate)

D-Alpha Tocopherol Acetate / Dl-Alpha-Tocopheryl Acetate is a form of Vitamin E. Vitamin E is a powerful antioxidant. It helps protect body cells by neutralizing free radicals which are damaging molecules.

## Yellow No. 5

Yellow No. 5 is an FDA-certified food color. Each batch is inspected by the U.S. Food and Drug Administration (FDA) before being certified. It is used in small quantities to give products a vibrant and attractive color.

## Yellow No. 6

Yellow No. 6 is an FDA-certified food color. Each batch is inspected by the U.S. Food and Drug Administration (FDA) before being certified. It is used in small quantities to give products a vibrant and attractive color.

## Yerba Mate Extract

Yerba Mate Extract is a natural caffeine source made from the yerba mate plant, which is native to South America. Its caffeine content is similar to tea leaves.

## Zinc Gluconate

Zinc Gluconate is a source of zinc, an essential nutrient for the body. Zinc is needed for the normal functioning of the immune system.

## Zinc Picolinate

Zinc Picolinate is a source of zinc, an essential nutrient for the body. Zinc is needed for the normal functioning of the immune system.



THE Coca-Cola CO. | PRODUCT FACTS
USA

Terms

Privacy Policy

Contact

Coca-Cola Journey

About Our Ads

© 2017 The Coca-Cola Company All Rights Reserved.

# EXHIBIT 5

Case 3:17-cv-01345-JLS-BGS   Document 61   Filed 06/05/18   PageID.1306   Page 74 of 115

*Our*

# INGREDIENTS

Here is an alphabetical list of some of the ingredients we use that may not be familiar. We have tried to describe what they are and why we use them in our recipes.

If you can't find the ingredient you are looking for…

Get In Touch (http://www.campbellsoupcompany.com/connect-with-campbell/)

## 7 VEGETABLES

Carrots, celery, beets, parsley, lettuce, watercress and spinach juice are blended to create our unique flavor for V8 Original. These vegetables are grown mostly in the U.S. and then driven to our processing facility in Napoleon, Ohio where they are washed, pureed, and concentrated.

## ACACIA GUM

is used to help give Beer & Cheese dip its smooth, thick texture.

## ACETIC ACID

The main ingredient in vinegar which gives the condiment its tart flavor.

Case 3:17-cv-01345-JLS-BGS    Document 61    Filed 08/03/18    PageID.1307

## ALLERGENS

If any of our products include one of the top eight allergens it is indicated in the ingredients list on the product label. The eight most common allergens are peanuts, tree nuts, milk, eggs, fish, wheat, soy and shellfish. If a natural flavoring contains one of these allergens this is clearly indicated in parentheses in the ingredients list on the product label.

## ANHYDROUS MILKFAT

is almost pure milk fat made from fresh cream. It gives a natural dairy flavor and creaminess to our cream sauces and is stable at room temperatures.

## ANNATTO

A food color naturally derived from the seeds of the achiote tree. It has a yellow to orange color and is commonly used to color cheese and butter.

## ANNATTO EXTRACT

A food color naturally derived from the seeds of the achiote tree. It has a yellow to orange color and is commonly used to color cheese and butter.

## ARTIFICIAL COLORS YELLOW 5 AND YELLOW 6

give the dip an appealing color. We are removing these ingredients from our dips as part of our commitment to remove artificial colors from our products by 2018.

Case 3:17-cv-01345-JLS-BGS    Document 61    Filed 08/03/18    PageID.1308    Page 76 of 115

# ARTIFICIAL FOOD DYES

Food dyes such as Red 40, Yellow 5, and Blue 1 give some V8 juices their vibrant colors. We are looking for ways to replace these colors with natural sources.

# ASCORBIC ACID (VITAMIN C)

Ascorbic acid is another name for vitamin C. It occurs naturally in many foods and we add it to replace the naturally-occurring vitamin C in tomatoes that may be lost during preparing and cooking the soup. Vitamin C is sometimes added to our beverages to increase their nutritional value.

# B VITAMINS

We add a variety of B vitamins to V8 +Energy beverages because of their recognized role in supporting energy metabolism.

# BEEF EXTRACT

Highly concentrated beef stock made from meat. Used to add flavoring.

# BEEF STOCK

We make our stock the traditional way, by cooking bones in water. The beef is sourced from farms in the United States, mainly in Texas[CONFIRM]. A special steaming process ensures the stock is clear with a robust flavor.

# BEEF TALLOW

Fat made from suet or beef drippings.

---

# BETA CAROTENE

A pigment that gives carrots, sweet potatoes and pumpkins their orange color. When added to food, it adds a yellow or orange color. Your body converts beta carotene to Vitamin A.

---

# BUTTER

We add butter made in the U.S. to create a rich, robust flavor.

---

# CALCIUM CARBONATE

is a mineral used to stabilize cheese dips to they don't separate.

---

# CALCIUM CHLORIDE

A type of salt we use to help vegetables stay firm during cooking.

---

# CALCIUM DISODIUM EDTA (A.K.A. EDTA)

EDTA is a preservative used to protect the flavor and color of the V8 Splash lemonade varieties. We are looking for ways to to eliminate the use of EDTA while maintaining the same great taste of the product. It is only used in the three V8 Splash lemonade varieties.

# CALCIUM PHOSPHATE

Calcium phosphate is one source of calcium that can be used to fortify food products.

# CANOLA, CORN AND SOYBEAN

vegetable oil

# CARAMEL COLOR

A widely used food color made by heating sugar. We use it make the color of some our products look appealing. It is also an ingredient in Worcestershire Sauce which we sometimes use to add flavor.

# CARRAGEENAN

A common ingredient which occurs naturally in seaweed and is used as a thickener. We use it to keep our chicken meat juicy.

## CELERY SEED OIL FLAVOR

This flavor is made using celery seed and lactic acid. Lactic acid is commonly found in foods such as yoghurt. It is used in food to provide a tart or subtle sour flavor.

---

## CHEESE

We use different cheeses to create authentic flavors and a smooth texture. This includes pepper jack, cheddar, neufchatel and parmesan.

---

## CHICKEN FAT

---

## CHICKEN STOCK

Stock is made from cooking chicken meat and chicken bones in water and then concentrating it by evaporating off some of the liquid. We also use a small amount of dehydrated, or completely dried, chicken stock for added flavor.

---

## CHIPOTLE ADOBO PUREE

A spice mix which includes adobo peppers, tomatoes and flavoring used in the Chipotle variety.

---

## CITRIC ACID

5/1/2018 Ingredients Archive - Card page 6 / What's In My Food?

Case 3:17-cv-01345-JLS-BGS Document 61 Filed 08/03/18 PageID.1312 Page 80 of 115

Citric acid occurs naturally in citrus fruits and tomatoes and can add a sharp or tart flavor. It is commonly used to control the acidity of shelf stable products. The citric acid we use is made from either sugar or corn.

---

## CITRIC ACID

We add citric acid to control the acidity of the sauce and make sure it's shelf stable and safe. The citric acid we use is made from sugar beets, which may be genetically modified. We are transitioning to a citric acid made from cane sugar which is not genetically modified.

---

## CORN SYRUP

A type of liquid sweetener made from corn.

---

## CORN SYRUP SOLIDS

A liquid sweetener made from corn that has been concentrated to remove most of the water.

---

## CRAFTED WITH CARE

---

## CREAM

We use fresh cream to give an authentic flavor and smooth texture.

# CULTURED DEXTROSE

is made by fermenting corn and used to extend the shelf life of products. It's commonly used in Swiss cheese.

# DATEM

is a type of emulsifier made from grape skins that helps to blend and thicken cheese dips.

# DEHYDRATED CREAM

This is cream which has been dried, allowing it to have a longer shelf life.

# DEHYDRATED GARLIC

Dried and ground garlic used to add flavor.

# DEHYDRATED ONIONS

We used dehydrated or dried onions as a base flavor.

# DEHYDRATED WHEY

Whey is produced during the cheese making process. We used dehydrated, or dried, whey to enhance the dairy flavor.

---

# DEXTROSE

Dextrose is a sugar found naturally in fruits and honey. We use dextrose made from starch as a flavoring.

---

# DISODIUM GUANYLATE AND DISODIUM INOSINATE

Are flavors that when used with glutamic acid, help create a savory or an umami flavor and help minimize the amount of sodium in the recipe.  These are naturally occurring proteins which are found in vegetables such as mushrooms.

---

# DISODIUM PHOSPHATE

A type of salt used to keep meat, such as chicken, tender during cooking.

---

# DISODIUM PHOSPHATE-DIHYDRATE

is a type of salt used to smoothly blend and thicken the dips.

---

# ENRICHED EGG NOODLES

Noodles made with white flour are enriched with five essential nutrients: ferrous sulfate (iron); and four B vitamins: folic acid, niacin (B3), riboflavin (B2) and thiamine mononitrate (B1). Our noodles are made with flour milled from a mix of durum and spring wheat grown in the United States and Canada. This mix of flour gives the noodles a robust texture.

---

# ENRICHED FLOUR

White flour enriched with five essential nutrients: ferrous sulfate (iron); and four B vitamins: folic acid, niacin (B3), riboflavin (B2) and thiamine mononitrate (B1).

---

# ENZYME MODIFIED BUTTERFAT

Butter that has been specially processed using enzymes to increase the flavor.

---

# ENZYME MODIFIED CHEDDAR CHEESE

Cheddar cheese that has been specially processed using enzymes to increase the flavor.

---

# ENZYME MODIFIED CHEESE

We use cheese which has been specially processed using enzymes to increase the flavor. Most of the enzyme modified cheese we use is made in Wisconsin. It also contains rennet, an enzyme which is essential to making the cheese hard. The rennet we use is derived from animals.

---

Case 3:17-cv-01345-JLS-BGS　Document 61　Filed 08/03/18　PageID.1316　Page 84 of 115

# ENZYME MODIFIED EGG YOLKS

have been processed with added enzymes to help smoothly blend the sauces.

# ENZYMES

Enzymes are a special kind of protein used to help reactions in food. These are essential in many types of food-making processes including cheese-making. Examples of enzymes we use in some of our recipes are rennet and phospholipase.

# ESTER GUM & GUM ACACIA

We use ester gum and gum acacia to help improve the appearance of the V8 Splash lemonade varieties and V8 Splash blue raspberry. These gums are derived from natural sources.

# FOOD STARCH & FLOUR

These two ingredients help to thicken the soup and give a consistent texture.

# FOR VEGETARIANS & VEGANS

V8 juices are suitable for vegetarians. All the ingredients, including the natural flavorings, are made from plants. Our V8 Vegetable Juice is also suitable for vegans.

# FRUIT JUICES

We use nearly 20 different types of fruit including apple, grape, mango puree, kiwi, strawberry, and many more to add natural sweetness and create uniquely flavored juices for a variety of V8 products. These juices are sourced within the U.S. and internationally.

# GARLIC

which has been dried is used to add flavor.

# GLUTAMIC ACID

A naturally-occurring amino acid found in animals and plants such as tomatoes and mushrooms. It is sometimes an ingredient in flavor enhancers.

# GLUTEN-FREE

Five varieties of Campbell's Organic soups are gluten-free. These are Sun-Ripened Tomato & Basil Bisque, Creamy Butternut Squash, Garden Vegetable with Herbs, Lentil, and Chicken Tortilla. We have a two stage testing process for gluten-free. First we verify all the ingredients are gluten-free, then we test the finished soup.

# GRANULAR CHEESE

A general term for a hard cheese with a rich and tangy flavor. Many common cheeses, such as Parmesan, are considered granular cheeses.

Case 3:17-cv-01345-JLS-BGS   Document 61   Filed 08/03/18   PageID.1318   Page 86 of 115

# GREEN TEA

We use caffeine from green tea extract to provide the energy boost to V8 +Energy beverages.

# HIGH FRUCTOSE CORN SYRUP

A liquid sweetener made from corn starch. It is nutritionally the same as sugar, and similar in composition to table sugar.

# HONEY

a natural sweetener we add to our beef stock

# HYDROLYZED DAIRY SOLIDS

are a natural flavor derived from dairy used to make dips taste creamy.

# HYDROLYZED SOY PROTEIN

Plant protein from soybean that has been broken down into amino acids. These amino acids enhance the natural flavors of food with a taste known as "umami".

5/1/2018 Ingredients Archive | Campbell's® What's In My Food?

Case 3:17-cv-01345-JLS-BGS    Document 61    Filed 08/03/18    PageID.1319    Page 87 of 115

# HYDROLYZED SOY, WHEAT & YEAST PROTEIN

Plant protein that has been broken down to its individual amino acids. These amino acids enhance the natural flavors of food with a taste known as "umami".

# HYDROLYZED WHEAT GLUTEN

Is plant protein from wheat that has been broken down into amino acids. These amino acids enhance the natural flavors of food with a taste known as "umami".

# INGREDIENTS WE ARE PHASING OUT

Parents have told us they would prefer to avoid giving their kids certain ingredients.  We are working to phase out artificial colors including Red 40, Yellow 5 and Blue 1 in our V8 Splash.

# INVERT SUGAR

A mixture of two sugars, dextrose and fructose. This is sometimes used to make brown sugar.

# JALAPENO PEPPERS

We use jalapeno peppers grown in the Southwest and Mexico. The jalapeno used in our salsas is a special variety which adds flavor, but not heat.

5/1/2018                    Ingredients Archive - Carl's Jr® / What's In My Food?

Case 3:17-cv-01345-JLS-BGS    Document 61    Filed 06/05/18    PageID.1320    Page 88 of 115

# JICAMA JUICE

---

# LACTIC ACID

A common acid found in dairy foods such as milk. We add it to improve the tart or subtle sour flavor in some of our dairy-based foods, like cheese sauces.

---

# LECITHIN

Helps smoothly blend ingredients together. The technical term for this is 'emulsify.' We use lecithin made from soybeans or sunflower seeds. The specific source of the lecithin is always listed.

---

# LIME JUICE CONCENTRATE

Fresh juice is pasteurized and evaporated to create a frozen concentrate that simplifies transport and storage. We use concentrated lime juice from WHERE.

---

# LOCUST BEAN & XANTHAN GUM

---

# LOCUST BEAN GUM

Used to give some of our foods a smooth, thick texture. This ingredient is made from the seeds of the carob tree and is also sometimes called carob bean gum.

---

# LOWER SODIUM NATURAL SEA SALT

Sea salt is made by evaporating seawater. It is usually not processed, or undergoes minimal processing, and therefore retains trace levels of minerals like magnesium, potassium, calcium and other nutrients. The sea salt we use contains less sodium than salt from mines.

---

# MALIC ACID

Occurs naturally in fruits, especially apples, and is responsible for their tart taste. We use this ingredient in products where a tart taste is expected, including Apple Bourbon Sauce.

---

# MALTODEXTRIN

A type of carbohydrate used to create even and consistent flavor in our food. Maltodextrin itself has little taste, but it attaches itself to flavors and evenly spreads them through the product so every mouthful tastes good. The maltodextrin we use is made from corn unless stated otherwise.

---

# MILK PROTEIN CONCENTRATE

---

# MIXED TRIGLYCERIDES

are fats or oils added to cheese to create an appealing texture.

# MODIFIED CORNSTARCH

Helps to thicken the sauce in the product to give it a smooth, consistent texture.

# MODIFIED FOOD STARCH

Helps to thicken the soup and give it a smooth, consistent texture.

# MODIFIED STARCH

Used as a thickener to give a smooth texture and consistency, just as you might use corn starch at home. The starches we use are made from corn, maize, potato, wheat or tapioca.

# MONOPOTASSIUM PHOSPHATE

One variety of salt we use to flavor our soups and minimize the amount of sodium in the recipe.

# MONOSODIUM GLUTAMATE (MSG)

MSG is made by fermenting cane or beet molasses and is used to enhance the food's savory flavor. Glutamatic acid is a naturally occurring amino acid.

# NATURAL FLAVORINGS AND EXTRACTS

We use natural flavors to add a depth of taste. These are mostly concentrated extracts derived from herbs, spices, vegetables, beef or poultry depending on the variety

# NATURAL FLAVORS

A common term for flavors which give products their distinctive tastes. Natural flavors, oils or extracts can be derived from a wide range of foods – beef, chicken, seafood, fruits, vegetables and herbs. If a natural flavor contains one of the eight top allergens we include this in the ingredients list on the product label. We choose natural flavors in order to avoid using artificial flavors.

# NATURAL SMOKE FLAVORING

A liquid flavoring created when smoke particles from burning woods, such as maple and hickory, are captured and condensed.

# OLEIC ACID

A monounsaturated or 'good fat' fat commonly found in vegetable oils such as canola and avocados.

Case 3:17-cv-01345-JLS-BGS Document 61 Filed 08/03/18 PageID.1324 Page 92 of 115

# ONIONS

Sautéed onions are the base of any great Italian sauce.

# ORGANIC CERTIFICATION

For a product to be certified organic all the ingredients must meet strict criteria set by the USDA. That includes using only approved fertilizers, protecting natural resources, preserving animal welfare. All the ingredients we use are from certified organic farms and producers and our soups are made in certified facilities.

# ORGANIC MEANS NON-GMO

If a product is USDA certified organic it automatically means that it is non-GMO. That's because only crops from non-genetically modified seed are allowed to be certified organic.

# ORGANIC POTATO STARCH

Used as a thickener to give a smooth texture and consistency, just as you might use corn starch at home.

# ORGANIC PRODUCE

We include organic produce and ingredients grown in North America to make our Organic soups. For example, we use tomatoes from California and carrots from California and Oregon.

# ORGANIC TAPIOCA STARCH

Used as a thickener to give a smooth texture and consistency. Tapioca is derived from the roots of the cassava plant.

# ORGANIC YEAST EXTRACT

We use organic yeast extract to enhance the savory flavors in the soups.

# PAPRIKA

A spice made from air-dried fruits of the chili pepper family that is added for color.

# PARTIALLY HYDROGENATED SOYBEAN OIL

A soybean oil that has been changed using a process called hydrogenation which "hardens" the oil, raising its melting point, so helping to improve the stability of foods. We have remove partially hydrogenated oils from almost all of our foods and are currently working to remove them from all our recipes.

# PASTEURIZED PROCESS CHEDDAR

A cheese blended with water and emulsifiers to create a creamy smooth texture.

5/1/2018                    Ingredients Archive - Campbell's What's In My Food?

Case 3:17-cv-01345-JLS-BGS   Document 61   Filed 08/03/18   PageID.1326   Page 94 of 115

# PASTEURIZED PROCESS CHEDDAR

Cheese blended with water and emulsifiers to create a creamy smooth texture.

---

# PECTIN

V8 Splash Smoothies use pectin to improve the texture, appearance, and stability of the V8 Splash Smoothies. Pectin is derived from natural sources.

---

# PHOSPHOLIPASE

A type of enzyme that together with other ingredients, such as eggs, helps to maintain the smooth, creamy texture of our product.

---

# POTASSIUM

Eating foods high in potassium can help maintain healthy blood pressure, which contributes to heart health. Potassium may help blunt the effects of sodium on blood pressure (http://sodiumbreakup.heart.org/sodium-411/what-about-potassium/). Current Dietary Guidelines recommend that adults eat at least 4700 mg of potassium and no more than 2300 mg of sodium daily. Healthy Request soups provide a good or excellent source of potassium, to help you meet your daily requirement of this important nutrient.

---

# POTASSIUM CHLORIDE

A type of salt we use to reduce the amount of table salt (sodium chloride) in our recipes.

---

# POTATO STARCH

A thickener to give a smooth texture and consistency, just as you might use corn starch at home.

---

# PURPOSEFUL INGREDIENTS

---

# ROASTED GARLIC

We choose roasted garlic as it has a sweet flavor which gives the sauce a great taste.

---

# SEASONING

We add a range of ingredients including vinegar, mustard and red pepper to create delicious flavors.

---

# SODIUM ALGINATE

is used to thicken our cheese dips.

---

# SODIUM CITRATE

A type of salt that is derived from citric acid. It is commonly called "sour salt" because of its flavor. When added to cheese, it allows it to melt more easily and have a smoother texture.

## SODIUM CITRATE

 A type of salt that is derived from citric acid. It is commonly called "sour salt" because of its flavor. When added to cheese, it allows it to melt more easily and have a smoother texture.

## SODIUM ERYTHORBATE

## SODIUM PHOSPHATE

A type of salt that allows mixtures of ingredients to blend easily or "emulsify". It is also used to maintain the texture and flavor of the meat and cheese in our recipes as they are cooking. Some types of sodium phosphate are used as leavening or rising agents in baked products.

## SORBIC ACID

is a type of natural preservative which helps keep our cheese dips safe.

## SOUTHWEST FLAVORS

We add a range of ingredients to create authentic south-west flavors. These include distilled vinegar, dried onions and garlic and herbs and spices such as cilantro, adobo and cumin depending on the variety. Most of these ingredients are sourced from North America.

# SOY

# SOY & SUNFLOWER LECITHIN

Helps smoothly blend ingredients together. The technical term for this is 'emulsify.' We use lecithin made from soybeans or sunflower seeds.

# SOY LECITHIN

Helps smoothly blend, or emulsify, ingredients together.

# SOY PROTEIN CONCENTRATE

Made from soybean flour after the sugar portion has been removed. We use this protein to enhance the texture of our food and also help thicken cream soups.

# SOY PROTEIN CONCENTRATE

Case 3:17-cv-01345-JLS-BGS    Document 61    Filed 08/03/18    PageID.1330    Page 98 of 115

Made from soybean flour after the sugar portion has been removed. We use this protein to enhance the texture of our food and also help thicken the sauce.

## SOY PROTEIN ISOLATE

Made from soybeans and almost entirely protein. Is used to help keep the chicken tender during cooking.

## SUCCINIC ACID

A natural flavor enhancer made from fermenting sugar. It is typically used to add a sea-salty flavor.

## SUCRALOSE

Sucralose is in V8 V-Fusion Light varieties. We add it for sweetness and flavor without increasing added sugars or calories. Although sucralose does not occur naturally, it is safe to use in all food products.

## SUGAR

The sugar we use is from sugar beets or sugar cane grown mainly in the U.S.A.

## TOMATO PUREE

Our tomatoes are mainly grown in California by family farmers, many who have grown for us for generations. The ripe tomatoes are harvested and transported directly to our plants to be washed, peeled and pureed. There are six tomatoes in each can of Campbell's Condensed Tomato Soup.

# TRISODIUM CITRATE

is a flavor made from citric acid which adds a tart flavor to foods and beverages. We use it in our cheese dips.

# TURMERIC

Is a bright yellow spice often used in Indian cuisine. We use it to add color to some of our soups and sauces.

# VEGETABLE JUICES

We use a wide variety of vegetables to create our delicious blends for a variety of V8 beverages. Our quality carrot juice is mainly from California, other vegetables including spinach, beet, and yellow carrot juice are sourced from farmers in North America when seasonally available. Our sweet potatoes and purple carrots are sourced internationally.

# VEGETABLE OIL

The oils we use may come from corn, canola and/or soybean as we use different oils depending on the season and availability. No matter which oil is used, we ensure the taste of the product doesn't change. The oils we use are considered "good oils" as they contain high amounts of unsaturated fats.

# VEGETABLE STOCK

We carefully select vegetables, herbs and seasoning to create a flavorful based for our broths.

---

## VITAMIN A

Vitamin A is primarily derived from the high-quality carrot juice. In some cases, it may be necessary to add additional vitamin A through the addition of beta carotene. It is considered an antioxidant.

---

## VITAMIN E

Some of the V8 products also have Vitamin E. We add alpha tocopheryl acetate as a vitamin supplement to add vitamin E.

---

## VITAMINS

Many V8 Splash varieties provide a good source of the antioxidants vitamins A & C.

---

## WATER

We use water in many of our products to achieve the right consistency.

---

## WHEAT FLOUR

5/1/2016                    Ingredients Archive - Learn What's What's In My Food?

Case 3:17-cv-01345-JLS-BGS   Document 61   Filed 08/09/18   PageID.1333   Page 101 of 115

Used to thicken the soup. We use flour milled from wheat grown in the U.S. and Canada.

## WHEY

is produced during the cheese making process. We used it to enhance the dairy flavor in our cheese dips.

## WHEY POWDER

enhances the creamy flavor.

## WHEY PROTEIN CONCENTRATE

Made from whey, a byproduct of cheese making, and used to enhance the texture of our food.

## WHEY PROTEIN CONCENTRATE

Made from whey, a byproduct of cheese making, and used to enhance the texture of our food.

## WINE & BEER

A number of our sauces use wine or beer to add a rich, deep flavor, although the alcohol is removed during cooking. Most of our wine is from California. Varieties with wine are Marsala, Classic Roasted Chicken, Scampi and Garlic Butter Chicken which use chablis, Teriyaki which uses mirin and sake, and Beef Stew which is made with burgundy and Pot Roast which uses beer.

# XANTHAN GUM

A thickener used to blend our spices and ingredients to give a consistent flavor and appearance. It's made by fermenting corn sugar, wheat or soy.

# YEAST EXTRACT

A natural flavor derived from yeast which adds a savory taste.

# YEAST EXTRACT AND AUTOLYZED YEAST EXTRACT

Flavor enhancers derived from yeast and used to add a savory flavor to our products.

# ZINC CHLORIDE

An ingredient used to help green vegetables keep their color.



We would love to hear from you, please get in touch.

📞

✉   (tel://1-

(http://www.campbellsoupcompany.com/co

🐦   f   with- 309-

(https://twitter.com/(https://www.facebook.com/campbells)

Privacy Policy (http://www.campbellsoupcompany.com/privacy-policy/)

Interest Based Ads (https://www.campbellsoupcompany.com/privacy-policy/#advertising)

Terms of Use (http://www.campbellsoupcompany.com/terms-of-use/)

Campbell Soup Company (http://www.campbellsoupcompany.com)

© 2017 CSC BRANDS LP, ALL RIGHTS RESERVED

# **<u>EXHIBIT 6</u>**

Case 3:17-cv-01345-JLS-BGS    Document 61    Filed 08/03/18    PageID.1337    Page 105 of 115



Order online or call  **800-558-6887**

| ? Need help? | 🛒 Your Cart | 🔍 Search |

FREE shipping on orders over $59!
See Details ⊕

Looking for Almonds, Cashews, Walnuts or Organic?

Organic | Raw | Gluten-free | Dark Chocolate | Candy by Color | Superfoods | Wholesale

Office Snacks | New Products | Top Sellers

Home  >  Cooking & Baking  >  Salts  >  Malic Acid

# MALIC ACID



Pin It        Share 5        Tweet        +1

4.9 ★★★★★
Google
Customer Reviews

Order online or call   **800–558–6887**

*received such a notice before from any online retailer, and I do a lot of online shopping. The price..."*  Read More
— Shirley, San Diego, CA

**4.9** out of 5 stars



23 customer reviews »

---

<mark>Without malic acid, the signature tartness of salt and vinegar chips wouldn't be quite as tart,</mark> the extreme sourness of warheads would be miniscule, and the fruit flavors in gum wouldn't be nearly as fruity. Malic acid is often used with or in place of citric acid.

Malic acid is great for creating the signature tanginess in sour candies, as well as subtly enhancing their sweetness. You can also sprinkle a touch on homemade fries or chips for a delicious vinegar flavor.

**Fun Fact**: Malic acid is commonly found in beauty products because it tightens the skin and shrinks pores!



Order online or call   **800-558-6887**

Without malic acid, the signature tartness of salt and vinegar chips wouldn't be quite as tart, the extreme sourness of warheads would be miniscule, and the fruit flavors in gum wouldn't be nearly as fruity. Malic acid is often used with or in place of citric acid.

Malic acid is great for creating the signature tanginess in sour candies, as well as subtly enhancing their sweetness. You can also sprinkle a touch on homemade fries or chips for a delicious vinegar flavor.

**Fun Fact**: Malic acid is commonly found in beauty products because it tightens the skin and shrinks pores!

## 💬 Our Customers Thought


*"As always, great quality, price, and fast shipping! Thank you!"*
— Karen, Las Vegas, NV
January 17, 2018


*"When i have leg cramps, 1/2 teaspoon in a small glass of water takes care of it within minutes... Hate the taste, love the results.."*
— David, Woodland Hills, CA
October 24, 2017


*"So happy to see this come in a durable cute resealable bag! Very happy!"*
— Katrina, McKinleyville, CA
September 29, 2017


*"I'd just learned that malic acid would put a little oomph in flavored drinks and discovered the most attractive pricing at Nuts.com. The flavor enhancement is truly delightful, and the packaged material pure white with no hint of contamination. Only an 1/8tsp is required per 32oz container, so the 1lb bag will undoubtedly last for quite a while. Also used agave sweetener for low glycemic qualities, and can state with authority that the three in combination with ordinary tap water make for a true winner. Very happy to have discovered Nuts.com, and have instantly become a permanent customer."*
— John, Moses Lake, WA
August 18, 2017


*"Just what I needed to flavor my dish"*
— Robert, Murphy, NC
January 12, 2017


*"Great quality and great taste:)"*
— Annie, Sandy Hook, CT
October 6, 2016


*"Great product. Arrived in time. Hope to make a lot of door candy"*
— Christopher, Mayfield, KY
July 22, 2016


*"Great product. I order it regularly for health reasons."*
— Sandra, Wixom, MI
March 31, 2016


*"thanks for the fast delivery. i'm sure i'll need more later. again thanks, mike"*
— michael, Shepherdsville, KY
April 4, 2015

4.9 ★★★★★
Google
Customer Reviews

# HAVE YOU ALSO TRIED?



### Tartaric Acid
$10.99/lb



### Potassium Bicarbonate
$6.99/lb



### Citric Acid
$3.99/lb



### Sorbitol
$5.99/lb

## Ingredients

DL Malic Acid.

## Nutrition Facts

Serving size 100g (~3.5 oz.)

| | Amount per serving |
|---|---|
| Calories | 239 |
| Calories from Fat | |

4.9 ★★★★★
Google
Customer Reviews

Order online or call   **800–558–6887**

| | | |
|---|---|---|
| Total Fat | 0g | 0% |
|    Saturated Fat | 0g | 0% |
| Cholesterol | 0mg | 0% |
| Sodium | 0mg | 0% |
| Total Carbohydrate | 0g | 0% |
|    Dietary Fiber | 0g | 0% |
|    Sugars | 0g | |
| Protein | 0g | |
| Vitamin A | | 0% |
| Vitamin C | | 0% |
| Calcium | | 0% |
| Iron | | 0% |

## Storage

Store at room temperature for up to 1 year.

## Found In

Baking (545)

Add to favorites

ID: 5964

Country of origin: United States



Order online or call   **800-558-6887**

Operating Hours (ET):

*M-F 8AM-8PM*

*S-S 9AM-6PM*



**100%** SATISFACTION GUARANTEED

If you experience a problem with any of our products, customer service, shipping, or even if you just plain don't like what you bought, please let us know.

We'll do whatever it takes to make it right.



© Copyright 1999-2018 Nuts.com

About us    Contact us    Your account    Quick shop    Shipping    Testimonials    Wholesale    Media

Help    Careers    Privacy policy    Sitemap

4.9 ★★★★★
Google
Customer Reviews

# <u>EXHIBIT 7</u>



# EXHIBIT 8





Protein 0g

Vitamin C 10%    ·    Calcium 2%
Iron 4%    ·

Not a significant source of calories from fat, saturated fat, trans fat, cholesterol, dietary fiber and vitamin A.

*Percent Daily Values are based on a 2,000 calorie diet.

Ingredients: *Brewed Organic Guayusa (Purified Water and Organic Guayusa Leaves), *Organic Cane Sugar, *Brewed Organic Hibiscus, Organic Flavor, L-Malic Acid, Ascorbic Acid (Vitamin C), Natural Flavor.

*Fair Trade Certified™ by Fair Trade USA

RUNA LLC
315 Flatbush Ave #431
Brooklyn, NY 11217

Certified Organic by Oregon Tilth