**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ALLRED and MANDY C. ALLRED, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC., a Delaware Corporation; and FRITO-LAY, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO.: 17-cv-1345-JLS-BGS<br><br>**MOTION TO WITHDRAW TANIA BABAIE AS COUNSEL OF RECORD FOR PLAINTIFFS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Civil Local Rule 83.3(f)(3), Plaintiffs move the court to approve a Motion to Withdraw Tania Babaie as attorney of record for Plaintiffs in the above-captioned matter on the following grounds:

1. As of January 11, 2019, Ms. Babaie is no longer associated with the Law Offices of Ronald A. Marron, which has been retained to represent Plaintiffs in this matter. As such, Plaintiffs seek leave to withdraw her appearance on behalf of Plaintiffs.

2. Although Ms. Babaie is no longer associated with the Law Offices of Ronald A. Marron, and will no longer represent Plaintiffs in this action, Plaintiffs will continue to be represented by attorneys of record, including Ronald A. Marron of the Law Offices of Ronald A. Marron. Therefore, Plaintiffs will not be prejudiced by Ms. Babaie's withdrawal.

WHEREFORE, Plaintiffs respectfully request that this court enter an order granting leave to withdraw Ms. Babaie's appearance as one of the attorneys of record for Plaintiffs.

Dated: January 16, 2019     By:     /s/ Ronald A. Marron
                                     **LAW OFFICES OF RONALD A. MARRON**
                                     RONALD A. MARRON
                                     651 Arroyo Drive
                                     San Diego, California 92103
                                     Telephone: (619) 696-9006
                                     Facsimile: (619) 564-6665