1  **LAW OFFICES OF RONALD A. MARRON**
   RONALD A. MARRON (SBN 175650)
2  *ron@consumersadvocates.com*
   ALEXIS M. WOOD (SBN 270200)
3  *alexis@consumersadvocates.com*
   KAS L. GALLUCCI (SBN 288709)
4  *kas@consumersadvocates.com*
   MICHAEL T. HOUCHIN (SBN 305541)
5  *mike@consumersadvocates.com*
   LILACH HALPERIN (SBN 323202)
6  *lilach@consumersadvocates.com*
   651 Arroyo Drive
7  San Diego, California 92103
   Telephone: (619) 696-9006
8  Facsimile: (619) 564-6665

9  **LAW OFFICE OF DAVID ELLIOT**
   DAVID ELLIOT (SBN 270381)
10 *davidelliot@elliotlawfirm.com*
   2028 3rd Avenue
11 San Diego, CA 92101
   Telephone: (858) 228-7997
12 *Attorneys for Plaintiffs and the Proposed Class*

13

14              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
15

16 BARRY ALLRED and MANDY C.              ) Case No. 3:17-cv-01345-JLS-BGS
   ALLRED, on behalf of themselves, all   )
17 others similarly situated, and the general ) **CLASS ACTION**
   public,                                )
18                                        )
                                          )
19                          Plaintiffs,   ) **PLAINTIFFS' NOTICE OF**
                                          ) **MOTION AND MOTION FOR**
20          vs.                           ) **CLASS CERTIFICATION AND**
                                          ) **TO APPOINT CLASS COUNSEL**
21 FRITO-LAY NORTH AMERICA,               )
                                          )
22 INC., a Delaware corporation; and      ) Date:  April 25, 2019
   FRITO-LAY, INC., a Delaware            ) Time:  1:30 p.m.
23 corporation,                           ) Ctrm:  4D (4th Floor Schwartz)
                          Defendants.     ) Judge: Hon. Janis L. Sammartino
24                                        )
                                          )
25                                        )
                                          )
26 _____ )

27

28

                              -1-

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on April 25, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 4D of the United States District Court for the Southern District of California located at 221 West Broadway, in San Diego, California 92101, before the Honorable Janis L. Sammartino, presiding, Plaintiffs Barry Allred and Mandy Allred ("Plaintiffs") will and hereby do move the Court for an Order pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and 23(b)(3), certifying a California Class defined as follows:

> All consumers who purchased the Lay's Salt & Vinegar Flavored Potato Chip Product from a retailer within the state of California for personal, family, or household purposes, and not for resale from May 11, 2012 until the Class is certified (hereinafter the "Class Period").

> Excluded from the Class are governmental entities; Defendants; any entity in which Defendants have a controlling interest; Defendants' agents, employees, officers, directors, legal representatives, heirs, successors, and wholly or partly owned subsidiaries or affiliated companies, including all parent companies, and their employees; and the Court, judicial officers, and their immediate family members and court staff assigned to this case.

In addition, Plaintiffs respectfully move the Court for an Order pursuant to Federal Rule of Civil Procedure 23(a), 23(b)(2), and 23(b)(3) certifying a sub-class defined as follows:

> All consumers who purchased the Lay's Salt & Vinegar Flavored Potato Chip Product labeled as containing "No artificial flavors" from a retailer within the state of California for personal, family, or household purposes, and not for resale from May 11, 2012 until the Class is certified (hereinafter the "Class Period").

> Excluded from the Sub-Class are governmental entities; Defendants; any entity in which Defendants have a controlling interest; Defendants' agents, employees, officers, directors, legal representatives, heirs, successors, and wholly or partly owned subsidiaries or affiliated companies, including all parent companies, and their employees; and

1
2
the Court, judicial officers, and their immediate family members and court staff assigned to this case.

3
4
5
6
7
Plaintiffs will also move for an Order appointing Plaintiffs Barry Allred and Mandy Allred the class representatives and the Law Offices of Ronald A. Marron and the Law Office of David Elliot as Class Counsel. In addition, Plaintiffs will move for an Order approving notice to the Class in accordance with Federal Rule of Civil Procedure 23(c)(2)(B).

8
9
10
11
12
13
14
15
16
17
18
19
20
This motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification, the concurrently-filed Declaration of Ronald A. Marron in Support of Plaintiffs' Motion for Class Certification and Exhibits 1 through 15 attached thereto, the concurrently-filed Declaration of David Elliot in Support of Plaintiffs' Motion for Class Certification, the concurrently-filed Declaration of Mandy C. Allred in Support of Plaintiffs' Motion for Class Certification and Exhibit A attached thereto, the concurrently-filed Declaration of Barry Allred in Support of Plaintiffs' Motion for Class Certification and Exhibit B attached thereto, the concurrently-filed Declaration of Gajan Retnasaba in Support of Plaintiffs' Motion for Class Certification, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

21
22
Dated: January 31, 2019          Respectfully submitted,

23
24
25
/s/ *Ronald A. Marron*
    RONALD A. MARRON

26
27
28
**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
ALEXIS M. WOOD

-2-

KAS L. GALLUCCI
MICHAEL HOUCHIN
LILACH HALPERIN
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
***Attorneys for Plaintiff and the Proposed Class***