**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ALLRED and MANDY C. ALLRED, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC. and FRITO-LAY, INC.,<br><br>Defendants. | CASE NO. 3:17-cv-1345-JLS (BGS)<br><br>**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)   CASE NO. 17cv1345

Plaintiffs Barry Allred and Mandy C. Allred ("Plaintiffs") and Defendants Frito-Lay North America, Inc. and Frito-Lay, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims in this action shall be dismissed with prejudice.

Dated: April 3, 2019

By: s/ Michael T. Houchin
Michael T. Houchin

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
davidelliot@elliotlawfirm.com
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997

*Attorneys for Plaintiffs*

2

JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)          CASE NO. 17CV1345

| | |
|---|---|
| Dated: April 3, 2019 | By: s/ Andrew S. Tulumello<br>    Andrew S. Tulumello |

1  Dated: April 3, 2019

    By: s/ Andrew S. Tulumello
       Andrew S. Tulumello

Andrew S. Tulumello, SBN 196484
  ATulumello@gibsondunn.com
Jason R. Meltzer, *pro hac vice*
  JMeltzer@gibsondunn.com
Arianna M. Scavetti, *pro hac vice*
  AScavetti@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

Frederick W. Kosmo, Jr., SBN 138036
  fkosmo@wilsonturnerkosmo.com
Hubert Kim, SBN 204957
  hkim@wilsonturnerkosmo.com
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, CA 92101
Telephone: 619.236.9600
Facsimile: 619.236.9669

*Counsel for Frito-Lay North America, Inc. and Frito-Lay, Inc.*

3

JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)   CASE NO. 17CV1345

**ELECTRONIC SIGNATURE CERTIFICATION**

 I, Michael T. Houchin, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

Dated: April 3, 2019

                <u>s/ Michael T. Houchin</u>
                Michael T. Houchin

4

JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)   CASE NO. 17CV1345

**CERTIFICATE OF SERVICE**

I, Michael T. Houchin, hereby certify that I caused the foregoing Joint Motion and Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to be electronically filed via the Court's CM/ECF system. Notice of this filing will be served to all parties by operation of the Court's electronic filing system.

Dated: April 3, 2019

s/ Michael T. Houchin<br>Michael T. Houchin

5

JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)    CASE NO. 17CV1345