# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ALLRED and MANDY C. ALLRED, on behalf of themselves, all others similarly situated, and the general public,<br><br>            Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC. and FRITO-LAY, INC.,<br><br>            Defendants. | Case No.: 17-CV-1345 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 124) |

Presently before the Court is Plaintiffs Barry Allred and Mandy C. Allred and Defendants Frito-Lay North America, Inc. and Frito-Lay, Inc.'s Joint Motion and Stipulation to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 124).

/ / /

/ / /

/ / /

/ / /

1  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the
2  Parties, Plaintiffs' claims in this action are **DISMISSED WITH PREJUDICE**.
3  **IT IS SO ORDERED.**

5  Dated:  April 9, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge